United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-35740 |
| SEADRILL PARTNERS LLC, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## CASE MANAGEMENT ORDER

The United States Trustee has filed a Motion for Relief from Final Judgment concerning fees awarded to Jackson Walker, LLP. The United States Trustee separately seeks to have the United States District Court withdraw the reference of this case to the bankruptcy judges, but only with respect to the Motion for Relief from Final Judgment.

Virtually identical motions have been filed in sixteen additional bankruptcy cases in this District to date.

After conferring with the other bankruptcy judges of this District, this Court orders:

1. The issue concerning whether the reference should be withdrawn to the District Court is transferred to Chief Bankruptcy Judge Eduardo V. Rodriguez for all purposes. He will make such a recommendation to the District Court as he deems appropriate with respect to the withdrawal of the reference in all cases in which the United States Trustee is requesting such relief.

2. Chief Judge Rodriguez has commenced and will preside over Miscellaneous Proceeding No. 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm.* All future documents and pleadings concerning discovery and pretrial matters regarding the Motion to Withdraw the Reference and the Motion for Relief from Final Judgment must be filed in Miscellaneous Proceeding 23-00645.

3. The undersigned Judge retains all other matters that are pending in this case. At the conclusion of all discovery and pre-trial matters in

Miscellaneous Proceeding No. 23-00645, the undersigned judge will issue a further case management order with respect to the trial of the Motion for Relief from Final Judgment.

4. For the purposes of clarity, the Court neither encourages nor discourages settlement of this matter in this case. If a settlement is reached in this case, any motion seeking approval of the proposed settlement must be filed in this case, with notice to all affected parties.

5. The Clerk of Court is directed to file a copy of this Case Management Order in this case and in Miscellaneous Proceeding No. 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*.

6. This Order is effective on entry. Provided, if the District Court withdraws the reference, paragraphs 2, 3 and 4 will remain effective only to the extent ordered by the District Court.

SIGNED 12/08/2023

Marvin Isgur
United States Bankruptcy Judge