UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-645 |
| Professional Fee Matters Concerning the | § | |
| Jackson Walker Law Firm | | |

CERTIFICATE OF SERVICE

    I certify that on December 14, 2023, I caused a copy of the following document to be served on the parties listed below by email and on all parties identified on the attached Proof of Service by U.S. first class mail, postage prepaid:

    1.    *Order Setting Non-Evidentiary Electronic Status Conference* [ECF No. 20].

Date: December 15, 2023

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Millie Aponte Sall*
    Millie Aponte Sall
    Assistant U.S. Trustee
    Tex. Bar No. 01278050/Fed. ID No. 11271
    515 Rusk, Suite 3516
    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
    Email: millie.sall@usdoj.gov

**Counsel for Jackon Walker LLP**
Jason Lee Boland
Norton Rose Fulbright US LLP
jason.boland@nortonrosefulbright.com

William R Greendyke
Norton Rose Fulbright US LLP
william.greendyke@nortonrosefulbright.com

**Official Committee of Unsecured Creditors of 4E Brands Northamerica LLC**
Thomas D. Berghman
Munsch Hardt Kopf and Harr
Email: tberghman@munsch.com

Davor Rukavina
Munsch Hardt et al
Email: drukavina@munsch.com

UNITED STATES BANKRUPTCY COURT
Southern District of Texas Houston

In re:
 In re Professional Fee Matters Concerning the Jackson Walker Law Firm,
        Debtor(s).

Case No.: 23-00645
Chapter:

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 12/14/2023, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

ORDER SETTING NON-EVIDENTIARY ELECTRONIC STATUS CONFERENCE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
12/14/2023

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**In re Professional Fee Matters Concerning the Jackson Walker Law Firm 23-00645**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 12515 | Munsch Hardt Kopf and Harr, Davor Rukavina, 500 North Akard Street, Suite 3800, Dallas, TX, 75201, United States of America, drukavina@munsch.com | First Class |
| 12515 | Munsch Hardt Kopf and Harr, Thomas D. Berghman, 500 North Akard Street, Suite 3800, Dallas, TX, 75201, United States of America, tberghman@munsch.com | First Class |
| 12515 | Norton Rose Fulbright US LLP, Jason Lee Boland, 1301 McKinney, Ste. 5100, Houston, TX, 77010, United States of America, jason.boland@nortonrosefulbright.com | First Class |
| 12515 | Norton Rose Fulbright US LLP, William R. Greendyke, 1301 McKinney Street, Suite 5100, Houston, TX, 77010, United States of America, william.greendyke@nortonrosefulbright.com | First Class |