United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

**ORDER**
*Concerning ECF No. 53*

    Pending before the Court is a single matter self-styled as, "Timothy and Stefanie Delasandro's Motion and Notice Asserting That They are Indispensable Parties with Standing in Connection with the Jackson Walker, LLP Fee Matters"[1] ("*Notice*") filed by Timothy and Stefanie Delasandro on January 5, 2024. Pursuant to this Court's bench order on December 21, 2023, parties asserting that they are indispensable to this proceeding with standing to be heard in connection with the Jackson Walker, LLP fee matters are to file their notices/motions asserting that they are indispensable before the presiding judge in their individual affected case.[2] Accordingly, it is therefore:

**ORDERED**: that

1. "Timothy and Stefanie Delasandro's Motion and Notice Asserting That They are Indispensable Parties with Standing in Connection with the Jackson Walker, LLP Fee Matters"[3] filed by Timothy and Stefanie Delasandro on January 5, 2024 is STRUCK.

    SIGNED January 9, 2024

                                                    Eduardo V. Rodriguez
                                                   Chief United States Bankruptcy Judge

---

[1] ECF No. 53.
[2] *See* ECF No. 45 at 35, ¶¶ 1-15.
[3] ECF No. 53.