# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm, | Case No. 23-00645 (EVR) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned proceeding as counsel to the Plan Administrator appointed under the *Order Confirming the Debtors' Joint Chapter 11 Plan and Approving on a Final Basis the Disclosure Statement of SunGard AS New Holdings, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* dated October 17, 2022 [Docket No. 763] entered in *In re Sungard as New Holdings, LLC* [Case No. 22-90018], and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following offices, postal addresses, telephone and facsimile numbers:

| | |
|---|---|
| Daniel F.X. Geoghan, Esquire<br>**COLE SCHOTZ P.C.**<br>901 Main Street, Suite 4120<br>Dallas, TX 75202<br>Telephone: (469) 557-9390<br>Facsimile: (469) 533-1587<br>dgeoghan@coleschotz.com | Mark Tsukerman, Esquire<br>**COLE SCHOTZ P.C.**<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Tel: 212-752-8000<br>Fax: 212-752-8393<br>mtsukerman@coleschotz.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules and Local Rules, but

also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (this "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 29, 2024

*/s/ Daniel F.X. Geoghan*
Daniel F.X. Geoghan (Texas Bar No. 24126280)
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, TX 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-1587
Email: dgeoghan@coleschotz.com

*- and -*

Mark Tsukerman (*Pro Hac Vice* forthcoming)
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: mtsukerman@coleschotz.com

*Counsel for the Plan Administrator*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, the foregoing *Notice of Appearance and Request for Service of Papers* was served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court.

*/s/ Daniel F.X. Geoghan*
Daniel F.X. Geoghan