United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90085 |
| SORRENTO THERAPEUTICS INC., | § | |
| ET AL., | § | |
|     Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## CASE MANAGEMENT ORDER

On January 29, 2024, this Court entered orders at Docket Nos. 1805 and 1806 permitting Timothy Culberson to proceed with his Emergency FRCP 60(b)(6) and Rule 9024 Motion for Relief from All Orders Approving Applications for Fees and Expenses with respect to Jackson Walker LLP and a related request to compel discovery from Jackson Walker.

Chief Judge Rodriguez has commenced and presides over Miscellaneous Proceeding No. 23-00645, In re Professional Fee Matters Concerning the Jackson Walker Law Firm.

After careful consideration of the issues in this case, this Court orders:

1. All future documents and pleadings concerning discovery and pretrial matters regarding the Emergency FRCP 60(b)(6) and Rule 9024 Motion for Relief from All Orders Approving Applications for Fees and Expenses with respect to Jackson Walker LLP (Docket No. 1656) must be filed in Miscellaneous Proceeding 23-00645.

2. The undersigned Judge retains all other matters that are pending in the Sorrento chapter 11 cases. At the conclusion of all discovery and pre-trial matters in Miscellaneous Proceeding No. 23-00645, the undersigned Judge will issue a further case management order with respect to any trial.

3. For the purposes of clarity, the Court neither encourages nor discourages settlement of this matter in this case. If a settlement is reached in this case, any motion seeking approval of the proposed settlement must be filed in this case, with notice to all affected parties.

4. The Clerk of Court is directed to file a copy of this Case Management Order in this case and in Miscellaneous Proceeding No. 23-00645, In re Professional Fee Matters Concerning the Jackson Walker Law Firm.

5. This Order is effective upon entry.

Signed: February 15, 2024

Christopher Lopez
United States Bankruptcy Judge