IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| IQOR HOLDINGS INC., *et al.*,[1] | Case No. 20-34500 |
| DEBTORS. | Jointly Administered |

**AGREED ORDER TRANSFERRING CASE TO PENDING MISCELLANEOUS PROCEEDING TO ALLOW FOR DISCOVERY**

The United States Trustee ("**U.S. Trustee**") has filed the *Motion of the United States Trustee to Reopen Case* [ECF No. 323] (the "**Motion to Reopen**") requesting the above captioned bankruptcy case (the "**Chapter 11 Case**") be reopened pursuant to 11 U.S.C. § 350(b). Jackson Walker LLP ("**Jackson Walker**") has objected to the Motion to Reopen [ECF No. 327].

Thereafter the U.S. Trustee filed its *Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* [ECF No. 326] (the "**Rule 60(b)(6) Motion**"). Jackson Walker has not yet responded to the Rule 60(b)(6) Motion as of the date of this Agreed Order.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: iQor Holdings Inc., Case No. 20-34500; Allied Interstate LLC, Case No. 20-34487; Collectech Systems LLC, Case No. 34489; Cyber City Teleservices Marketing, Inc., Case No. 20-34482; First Contact LLC, Case No. 20-34497; iQor Global Services, LLC, Case No. 20-34486; iQor Holdings US LLC, Case No. 20-34488; iQor I LLC, Case No. 20-34499; iQor MPC, LLC, Case No. 20-34491; iQor of Texas, LP, Case No. 20-34478; iQor Seller Services LLC, Case No. 20-34484; iQor Technologies Inc., Case No. 20-34490; iQor Texas Holdings, LLC, Case No. 20-34492; iQor US Inc., Case No. 20-34498; Interactive Response Technologies, LLC, Case No. 20-34483; Receivable Management Services – Recovery Division, LLC, Case No. 20-34480; Receivable Management Services International, LLC, Case No. 20-34485; RMS Canada Holding Corp., Case No. 20-34479; TechFive, LLC, Case No. 20-34493; Telmar Allied, LLC, Case No. 20-34494; Telmar Holdings I, Inc., Case No. 20-34495; THC Holdings, Inc., Case No. 20-34496; The Receivable Management Services LLC, Case No. 20- 34481.

On April 12, 2024, Jackson Walker filed a *Motion for Entry of an Order Requiring Any Party-in-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection with Jackson Walker LLP Fee Matters* [ECF No. 330] (the "**Standing Motion**") in the closed Chapter 11 Case pending this Court's consideration of the Motion to Reopen.

Based on an agreement between the U.S. Trustee and Jackson Walker regarding statutory U.S. Trustee fees in certain currently closed cases if reopened, and after considering the request, the Court

**ORDERS that**

1. The relief in this Order may be granted without the necessity of reopening this case.

2. Chief Judge Rodriguez will preside over all discovery regarding the Motion to Reopen and the Rule 60(b)(6) Motion in Miscellaneous Proceeding No. 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm* (the "**Miscellaneous Proceeding**").

3. Upon agreement of the parties, discovery will proceed in accordance with the *First Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 76] (the "**Scheduling Order**") entered in the Miscellaneous Proceeding or any further amended orders entered by the Court.

4. All future documents and pleadings concerning discovery regarding the Motion to Reopen and the Rule 60(b)(6) Motion must be filed in Miscellaneous Proceeding 23-00645.

5. The Clerk of Court shall docket a copy of this Order in the Miscellaneous Proceeding.

6. The hearings on the Motion to Reopen and Standing Motion, and all deadlines related thereto, are abated as set forth below.

7. After the conclusion of all discovery in the Miscellaneous Proceeding, the undersigned Judge will issue a further case management order with respect to a hearing on the Motion to Reopen and Jackson Walker's opposition thereto, *provided, however*, that the Motion to Reopen may be set for hearing by either the U.S. Trustee or Jackson Walker on no less than 30 days' notice.

8. Nothing in this Order shall be construed as a finding or determination of the U.S. Trustee's or Jackson Walker's respective rights, claims, or defenses related to the Motion to Reopen, the Rule 60(b)(6) Motion, the Standing Motion, or any other responses or pleadings that have been or will be filed related thereto.

9. Abatement of the Motion to Reopen and Standing Motion solely for purposes of discovery shall have no impact on the Court's future consideration of the Motion to Reopen, the Rule 60(b)(6) Motion, the Standing Motion, or any other responses or pleadings that have been or will be filed related thereto.

10. Nothing herein shall prevent the Court from reopening the Chapter 11 Case for cause, including to enter an order on the Motion to Reopen, the Standing Motion, or the Rule 60(b)(6) Motion.

11. This Order is without prejudice to any party's right to seek to reopen any Chapter 11 Case or Chapter 11 Cases or to oppose any such relief.

12. The terms and conditions of this Order are immediately effective and enforceable.

13. The Court retains jurisdiction related to matters arising from or related to the implementation of this Order.

Signed: April 15, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

**AGREED AND ENTRY REQUESTED:**

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | NORTON ROSE FULBRIGHT US LLP |
| | |
| By: */s/ Alicia Barcomb* | */s/ Jason L. Boland (Signed by permission)* |
| Alicia Barcomb, Trial Attorney | Jason L. Boland (SBT 24040542) |
| Tex. Bar No. 24106276/Fed. ID No. 3456397 | William R. Greendyke (SBT 08390450) |
| 515 Rusk, Suite 3516 | Maria Mokrzycka (SBT 24119994) |
| Houston, Texas 77002 | 1301 McKinney Street, Suite 5100 |
| (713) 718-4650 – Telephone | Houston, Texas 77010 |
| (713) 718-4670 – Fax | Telephone: (713) 651-5151 |
| Email: Alicia.barcomb@usdoj.gov | jason.boland@nortonrosefulbright.com |
| *Counsel for Kevin M. Epstein, United States Trustee Region 7* | william.greendyke@nortonrosefulbright.com |
| | maria.mokrzycka@nortonrosefulbright.com |
| | |
| | Jason I. Blanchard (SBT 24130197) |
| | 2200 Ross Ave., Suite 3600 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 855-8274 |
| | jason.blanchard@nortonrosefulbright.com |
| | |
| | James A. Copeland (*pro hac vice* to be filed) |
| | 1301 Avenue of the Americas |
| | New York, New York 10019 |
| | Telephone: (212) 408-5471 |
| | james.copeland@nortonrosefulbright.com |
| | *Counsel for Jackson Walker LLP* |