**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-00645 |
| Professional Fee Matters Concerning the | § | |
| Jackson Walker Law Firm | § | |
| | § | |

**STIPULATION AND AGREED ORDER EXTENDING**
**CERTAIN DEADLINES SET BY SCHEDULING ORDER**

WHEREAS, on December 9, 2023, this Court entered the *Order Commencing Miscellaneous Proceeding Regarding Employment Orders and Awarded Fees and Expenses to Jackson Walker LLP in Affected Cases* [ECF No. 1].

WHEREAS, the United States Trustee ("**U.S. Trustee**") has filed 33 motions and/or objections against Jackson Walker LLP ("**Jackson Walker**") which are or will be governed, in part, by the Miscellaneous Proceeding.

WHEREAS, on January 29, 2024, the Court entered its Scheduling Order, which establishes deadlines by which the U.S. Trustee and Jackson Walker must file certain pleadings and complete discovery.

WHEREAS, On February 15, 2024, Judge Lopez issued a Case Management Order[1] in *Sorrento Therapeutics Inc.*, Case No. 23-90085 transferring discovery related to *Party in Interest, Timothy Culberson's, Emergency FRCP 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Motion for Relief from All Orders Approving All Applications for All Professional Fees and Reimbursement Expenses as to Jackson Walker, LLP, Latham & Watkins, LLP, and M3 Partners and Motion to Disgorge Said Fees/Expenses and to Remove Professionals from this Matter* ("**Culberson's Rule 60 Motion**") filed by Timony Culberson ("**Mr. Culberson**") to this Miscellaneous Proceeding.

WHEREAS, on February 26, 2024, the Court entered the *First Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 76] (the "**Scheduling Order**") which added deadlines by which Jackson Walker must respond to Culberson's Rule 60 Motion and provide him with responses to discovery.

WHEREAS, in recognition of the number of matters pending, the time that will be needed to adequately respond to case specific arguments, and to accommodate the parties' schedules, the U.S. Trustee, Jackson Walker, and Mr. Culberson have agreed to an extension of certain deadlines.

---

[1] Case No. 23-90085, ECF No. 1877.

Accordingly, upon agreement among the U.S. Trustee, Jackson Walker, and Mr. Culberson it is therefore

ORDERED THAT

1. Jackson Walker's deadline to supplement its response to Mr. Culberson's Rule 60 Motion and respond to the U.S. Trustee's pending motions and/or objections is extended to **May 22, 2024.**

2. The U.S. Trustee and Mr. Culberson's deadline to file replies, if any, to Jackson's Walker's responses is extended to **July 1, 2024**.

3. Jackson Walker's deadline to file sur-replies, if any, to the U.S. Trustee and Mr. Culberson's replies is extended to **August 12, 2024.**

4. All other deadlines set forth in the Scheduling Order remain in effect absent further order of this Court.

**AGREED AND ENTRY REQUESTED:**

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ Vianey Garza
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: Vianey.Garza@usdoj.gov
*Counsel for Kevin M. Epstein, United States Trustee Region 7*

 /s/ Timothy L. Culberson (signed by permission)
Timothy L. Culberson
THE CULBERSON LAW OFFICE, PLLC
TX Bar No. 24012484
25700 I-45 North, Suite 100
Spring, Texas 77386
Telephone: (832) 236-2326
Facsimile: (281) 674- 8161
Email: tim@culbersonlaw.com

NORTON ROSE FULBRIGHT US LLP

 /s/ Jason I. Blanchard (signed by permission)
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Jason I. Blanchard (SBT 24130197)
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8274
jason.blanchard@nortonrosefulbright.com

James A. Copeland (*pro hac vice* to be filed)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5471
james.copeland@nortonrosefulbright.com
*Counsel for Jackson Walker LLP*