United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | Case No. 19-34508 |
| Debtors. | (Jointly Administered) |

### AGREED ORDER TRANSFERRING CASE TO PENDING MISCELLANEOUS PROCEEDING FOR DISCOVERY

[Relates to ECF No. 2930]

The U.S. Trustee filed his *Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief* [ECF No. 2930] (the "**Rule 60(b)(6) Motion**") in the above captioned bankruptcy case (the "**Chapter 11 Case**"). Jackson Walker has not yet responded to the Rule 60(b)(6) Motion as of the date of this Agreed Order.

Based on an agreement between the U.S. Trustee and Jackson Walker and after considering the request, the Court

**ORDERS that**

1. Chief Judge Rodriguez will preside over all discovery regarding the Rule 60(b)(6) Motion in Miscellaneous Proceeding No. 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm* (the "**Miscellaneous Proceeding**").

2. Upon agreement of the parties, discovery will proceed in accordance with the *First Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 76] (the "**Scheduling

**Order**") entered in the Miscellaneous Proceeding or any further amended orders entered by the Court.

3. All future documents and pleadings concerning discovery regarding the Rule 60(b)(6) Motion must be filed in Miscellaneous Proceeding 23-00645.

4. The Clerk of Court shall docket a copy of this Order in the Miscellaneous Proceeding.

5. After the conclusion of all discovery in the Miscellaneous Proceeding, the undersigned Judge will issue a further case management order with respect to a hearing on the Rule 60(b)(6) Motion.

6. Nothing in this Order shall be construed as a finding or determination of the U.S. Trustee's or Jackson Walker's respective rights, claims, or defenses related to the Rule 60(b)(6) Motion or any other responses or pleadings that have been or will be filed related thereto.

7. The terms and conditions of this Order are immediately effective and enforceable.

8. The Court retains jurisdiction related to matters arising from or related to the implementation of this Order.

Signed: May 17, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AND ENTRY REQUESTED:**

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | NORTON ROSE FULBRIGHT US LLP |
| By: */s/ Vianey Garza* | */s/ Jason L. Boland (Signed by permission)* |
| Vianey Garza, Trial Attorney | Jason L. Boland (SBT 24040542) |
| Tex. Bar No. 24083057/Fed. ID No. 1812278 | William R. Greendyke (SBT 08390450) |
| 515 Rusk, Suite 3516 | Maria Mokrzycka (SBT 24119994) |
| Houston, Texas 77002 | 1301 McKinney Street, Suite 5100 |
| (713) 718-4650 – Telephone | Houston, Texas 77010 |
| (713) 718-4670 – Fax | Telephone: (713) 651-5151 |
| Email: Vianey.Garza@usdoj.gov | jason.boland@nortonrosefulbright.com |
| *Counsel for Kevin M. Epstein, United States Trustee Region 7* | william.greendyke@nortonrosefulbright.com |
| | maria.mokrzycka@nortonrosefulbright.com |

Jason I. Blanchard (SBT 24130197)
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8274
jason.blanchard@nortonrosefulbright.com

James A. Copeland (*pro hac vice* to be filed)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5471
james.copeland@nortonrosefulbright.com
*Counsel for Jackson Walker LLP*