# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § Chapter 11 <br> Professional Fee Matters Concerning § <br> the Jackson Walker Law Firm § Case No. 23-00645 (EVR) <br> § <br> § | |

## NOTICE OF ENTRY OF ORDER SETTING ELECTRONIC HEARING
[Relates to Dkt. No. 146]

**PLEASE TAKE NOTICE** that, on July 1, 2024, Chief Judge Eduardo V. Rodriguez entered an *Order Setting Electronic Hearing* [Dkt. No. 146], attached hereto as **Exhibit A**, regarding *Jackson Walker LLP's Emergency Motion for Entry of an Order (I) Establishing Deadlines with Respect to the June 27, 2024 Order and (II) Granting Related Relief.*

*[Remainder of Page Intentionally Left Blank]*

**CERTIFICATE OF SERVICE**

The undersigned counsel for Jackson Walker LLP ("JW"), Norton Rose Fulbright US LLP ("NRF"), hereby certifies that it caused a true and correct copy of the Notice to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on the following:

Thomas D. Berghman, on behalf of the Official Committee Of Unsecured Creditors of 4E Brands Northamerica LLC
tberghman@munsch.com, amays@munsch.com, CourtMail@munsch.com

Joseph P Briggett, on behalf of Hornbeck Offshore Services, Inc.
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Timothy Culberson
tim@culbersonlaw.com

Stefanie Delasandro
zashagalka@yahoo.com

Nan Roberts Eitel, on behalf of the U.S. Trustee
Nan.R.Eitel@usdoj.gov

Vianey Garza, on behalf of the U.S. Trustee
vianey.garza@usdoj.gov

Daniel Geoghan
dgeoghan@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; delehanty@coleschotz.com; cchallis@coleschotz.com

Kenneth P. Green, on behalf of David Dunn
ken.green@bondsellis.com, linda.gordon@bondsellis.com

Kenneth P. Green, on behalf of Matthew Ray, Plan Administrator
ken.green@bondsellis.com, linda.gordon@bondsellis.com

Shelby A. Jordan, on behalf of Michael D. Van Deelen, Morton S. Bouchard, III, Individually and as Co-Trustee for the Morton S. Bouchard III 2017 Family Trust, David Scheer, Dorothy Scheer, Jacob Scheer, James Scheer, Noah Scheer, Torey Scheer, and Paul Pollard
cmadden@jhwclaw.com

Stephen Wayne Lemmon, on behalf of Copper Sub Corporation Inc. and Old Copper Company Inc.
lemmon@slollp.com, mates@slollp.com

Trey A Monsour, on behalf of Daniel R. Williams of JS Held, LLC, the Plan Administrator for the estates of Katerra, Inc. and its affiliated debtors
tmonsour@foxrothschild.com, msteen@foxrothschild.com, TX.DKT@foxrothschild.com rsolomon@foxrothschild.com

Davor Rukavina, on behalf of the Official Committee Of Unsecured Creditors of 4E Brands Northamerica LLC
drukavina@munsch.com

Millie Aponte Sall, on behalf of the U.S. Trustee
millie.sall@usdoj.gov

The undersigned counsel for JW further certifies that it caused a true and correct copy of the Notice to be served by U.S. mail, postage-prepaid to the following:

Stefanie & Timothy Delasandro
6051 Rye Loop
Bryn, TX 77807

Gordon E. Gouveia, on behalf of Daniel R. Williams of JS Held, LLC, the Plan Administrator for the estates of Katerra, Inc. and its affiliated debtors
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654

Michael A. Sweet, on behalf of Daniel R. Williams of JS Held, LLC, the Plan Administrator for the estates of Katerra, Inc. and its affiliated debtors
Fox Rothschild LLP
325 California St., Suite 2200

Additionally, NRF served the Order via email on counsel for David R. Jones, Mr. Ben Finestone of Quinn Emanuel Urquhart & Sullivan, LLP, at benjaminfinestone@quinnemanuel.com and by email to counsel for the United States Trustee as set forth below:

Laura Steele (Laura.Steele@usdoj.gov)
Pat S. Layng (Pat.S.Layng@usdoj.gov)
Millie Aponte Sall (Millie.sall@usdoj.gov)
Aubrey L. Thomas (Aubrey.thomas@usdoj.gov)
Vianey Garza (Vianey.Garza@usdoj.gov)
Alicia Barcomb (Alicia.Barcomb@usdoj.gov)

Dated: July 1, 2024

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Email: Paul.trahan@nortonrosefulbright.com
Email: emily.wolf@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: rhardin@rustyhardin.com
Email: lgraham@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*