United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| Professional Fee Matters Concerning | § |
| the Jackson Walker Law Firm | § Case No. 23-00645 (EVR) |
| | § |
| | § |

**STIPULATION AND AGREED ORDER RESOLVING EMERGENCY MOTION OF JACKSON WALKER LLP FOR ENTRY OF AN ORDER (I) ESTABLISHING DEADLINES WITH RESPECT TO THE JUNE 27, 2024 ORDER AND (II) GRANTING RELATED RELIEF**
[Relates to Dkt. No. 145]

In accordance with the *Guide to Judiciary Policy*, Vol. 20, Ch. 8 (the "Judiciary Regulations"), the Court, as the Determining Officer under § 840 of the Judiciary Regulations, orders as follows based on the agreement of counsel for Jackson Walker LLP and David R. Jones resolving the *Emergency Motion of Jackson Walker LLP for Entry of An Order (i) Establishing Deadlines with Respect to the June 27, 2024 Order and (ii) Granting Related Relief* [Dkt. No. 145]:

1. David R. Jones has agreed, and is hereby authorized, to provide testimony via a deposition on July 18, 2024, or such other date as mutually agreeable, subject to any objections and privileges that David R. Jones may raise at any such deposition, which objections and privileges are preserved.

2. Jackson Walker's request to take the testimony of David R. Jones complies with the requirements of the Judiciary Regulations, including the factors set forth in § 850(a), and is approved under the Judiciary Regulations.

- 2 -

3.	Pursuant to § 820(b) of the Judiciary Regulations, the deposition is authorized to occur at the offices of Rusty Hardin & Associates, LLP, 1401 McKinney Street, Suite 2250, Houston, TX 77010, or such other place as mutually agreed.

4.	The Court's authorization provided for herein is limited to one, seven-hour deposition in these matters.

5.	Jackson Walker's Emergency Motion at ECF No. 145 shall be deemed withdrawn as moot.

Signed: July 02, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**STIPULATED AND AGREED BY:**

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Email: paul.trahan@nortonrosefulbright.com
Email: emily.wolf@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: rhardin@rustyhardin.com
Email: lgraham@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

*/s/ Joanna D. Caytas*
Joanna D. Caytas
SBN 24127230
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Email: joannacaytas@quinnemanuel.com

-and-

Benjamin I. Finestone
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: benjaminfinestone@quinnemanuel.com

*Counsel to David R. Jones*