United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

### ORDER

No later than **July 12, 2024** and pursuant to *U.S. Courts Guide to Judiciary Policy, Vol. 20, Ch. 8, §* 850(c), Jackson Walker, LLC is invited to file a response, if any, to former Judge David R. Jones' request for guidance from this Court under Judiciary Policy, Volume 20, Chapter 8, regarding the Notice of Deposition currently scheduled for July 18, 2024 in the instant Miscellaneous Proceeding.[1]

SIGNED July 5, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 142-1.