IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| Professional Fee Matters Concerning § | |
| the Jackson Walker Law Firm § | Case No. 23-00645 (EVR) |
| § | |
| § | |

**NOTICE OF REQUEST FOR RECORDS AND TESTIMONY OF DAVID R. JONES**

In accordance with the *Guide to Judiciary Policy*, Vol. 20, Ch. 8, and in view of the Court's Order at ECF No. 141, David R. Jones hereby notifies the Court, as the determining officer, of his receipt of the United States Trustee's (i) *Cross-Notice of Deposition*, and (ii) *Subpoena to Produce Documents, Information, or Objects*, each attached as exhibits hereto. The Court may determine to address these requests at the July 16, 2024 hearing (ECF No. 154) consistent with the procedures established therefor. (ECF No. 157).

*[Remainder of Page Intentionally Left Blank]*

- 2 -

Dated: July 10, 2024

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        */s/ Joanna D. Caytas*
        Joanna D. Caytas
        SBN 24127230
        700 Louisiana Street, Suite 3900
        Houston, Texas 77002
        Telephone: (713) 221-7000
        Email: joannacaytas@quinnemanuel.com

        -and-

        Benjamin I. Finestone
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: (212) 849-7000
        Email: benjaminfinestone@quinnemanuel.com

        *Counsel to David R. Jones*