United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

## ORDER SETTING IN PERSON HEARING

1. On **July 16, 2024, at 2:00 p.m.** (**Central Standard Time**), and pursuant to The Guide to Judiciary Policy, Volume 20, Chapter 8 § 850, the undersigned, as the determining officer pursuant to §840(b)(2)[1], of the United States Bankruptcy Court, for the Southern District of Texas, Houston Division, located at the Bob Casey Federal Building, Courtroom #402, 515 Rusk, Houston Texas, 77002 will conduct an in person hearing on the "United States Trustee's Cross-Notice of Deposition for David R. Jones".[2]

2. Pursuant to The Guide to Judiciary Policy, Volume 20, Chapter 8 § 850, the parties should be prepared to discuss the nature of the testimony sought and documents to be produced in the United States Trustee's Cross-Notice of Deposition for David R. Jones including but not limited to questions numbered one through fifteen[3], and documents to be produced including but not limited to requests one through fourteen.[4]

3. Pursuant to the "Notice of Request For Records and Testimony of David R. Jones" filed by David R. Jones on July 10, 2024[5], no later than **12:00 p.m. noon (Central Standard Time) July 15, 2024** and pursuant to U.S. Courts Guide to Judiciary Policy, Vol. 20, Ch. 8, § 850(c), the United Sates Trustee is invited to file a response, if any, to former Judge David R. Jones' request for guidance from this Court under Judiciary Policy, Volume 20, Chapter 8, regarding the Notice of Deposition currently scheduled for July 18, 2024 in the instant Miscellaneous Proceeding.

4. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

5. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO

---

[1] The Guide to Judiciary Policy, Volume 20, Chapter 8 § 840(b)(2).
[2] ECF No. 164-1.
[3] ECF No. 164-1, Ex. A at 5-6, ¶¶ 1-15.
[4] ECF No. 164-1, Ex. B at12-15, ¶¶ 1-14.
[5] ECF No. 164.

    SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

6. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

7. No later than **July 11, 2024, at 12:00 noon,** (Central Standard Time), David R. Jones must serve a copy of this Order on the United States Trustee and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

    SIGNED July 11, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge