IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § Chapter 11 <br> Professional Fee Matters Concerning § <br> the Jackson Walker Law Firm § Case No. 23-00645 (EVR) <br> § <br> § | |

**JACKSON WALKER LLP'S WITNESS AND EXHIBIT LIST**
<u>**FOR HEARING SCHEDULED ON JULY 16, 2024**</u>

| | |
|---|---|
| **Main Case No**: 23-00645 (EVR) | **Miscellaneous Proceeding:** Professional Fee Matters Concerning the Jackson Walker Law Firm |
| **Witnesses:**<br>1. All persons listed on the witness list of any party; and<br>2. Any rebuttal and/or impeachment witnesses. | **Judge:** Eduardo V. Rodriguez |
| | **Courtroom Deputy:** Ana Castro |
| | **Hearing Date**: July 16, 2024 |
| | **Hearing Time**: 2:00 p.m. |
| | **Party's Name:** Jackson Walker LLP |
| | **Attorneys' Names**:   Jason L. Boland <br> Paul Trahan <br> Julie Harrison <br> William R. Greendyke <br> Maria Mokrzycka <br><br> - and - <br><br> Russell Hardin, Jr. <br> Leah M. Graham <br> Jennifer E. Brevorka <br> Emily Smith |
| | **Attorneys' Phone:** (713) 651-5151 |
| | **Nature of Proceeding:** Hearing on Jackson Walker LLP's Second Amended Notice of Deposition for David R. Jones and United States Trustee's Cross-Notice of Deposition for David R. Jones.  *See* Dkt. Nos. 154 & 165. |

- 1 -

## EXHIBITS[1]

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Jackson Walker LLP's Second Amended Notice of Deposition for David R. Jones, with Exhibits. | | | | |
| 2. | Copy of *Ex Parte* E-mail Communication [Dkt. No. 142] | | | | |
| 3. | Corrected Notice of Entry of Memorandum Opinion, Order, and Order Setting in Person Hearing [Dkt. No. 159] | | | | |
| 4. | Any document or pleading filed in the above-captioned case, including any exhibits and attachments thereto | | | | |
| 5. | Any exhibit designated by any other party | | | | |
| 6. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Jackson Walker LLP ("JW") reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. JW also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Reminder of Page Intentionally Left Blank]*

---

[1] All references herein to any particular Dkt. No. include all exhibits or attachments thereto.

Dated: July 12, 2024                            Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Email: jason.boland@nortonrosefulbright.com
Email: william.greendyke@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

- and -

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Email: paul.trahan@nortonrosefulbright.com
Email: emily.wolf@nortonrosefulbright.com

- and -

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: rhardin@rustyhardin.com
Email: lgraham@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

- 4 -

## CERTIFICATE OF SERVICE

   I hereby certify that on July 12, 2024, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

             */s/ Jason L. Boland*
             Jason L. Boland