United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO: 23-645** |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

### AMENDED COMPREHENSIVE SCHEDULING, PRE-TRIAL & TRIAL ORDER

A status conference was held on August 7, 2024. Under authority of Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby: **ORDERED**: that the following deadlines and settings shall apply in the above referenced Miscellaneous Proceeding:

1. Paragraphs one (1) through and including eleven (11) of this Court's First Amened Comprehensive Scheduling, Pre-Trial and Trial Order[1] are not affected by this order.
2. **September 30, 2024,** the party with the burden of proof on an issue must serve its expert reports.
3. **October 30, 2024,** rebuttal expert reports must be served.
4. **November 1, 2024,** ("Close of Fact Discovery") all discovery in this case will close, meaning that Parties must have fulfilled all outstanding requests before Close of Discovery in that Parties must not make requests that cannot be completed before Close of Discovery.
5. **November 8, 2024,** Counsel must meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order. The court intends that this will be a substantive, good faith effort to resolve issues. Therefore, trial counsel (lead counsel) are required to attend this meeting in person or virtually.
6. **November 15, 2024** depositions of any experts must be completed.
7. Changes to this portion of the Scheduling Order may only be made by further order of the Court. A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or Parties and only in very limited circumstances.

---

[1] ECF No. 76.

**The Remainder of this order only applies to Case No. 21-30936 Brilliant Energy, LLC**

8. **December 2, 2024,** all Dispositive Motions (limited to 20 pages, excluding exhibits), if any, must be filed.
9. **December 31, 2024,** responses (limited to 15 pages, excluding exhibits), if any, must be filed.
10. **January 30, 2025,** Witness and Exhibit Lists must be exchanged. Copies of the exhibits must be attached to the Witness & Exhibit List and filed in compliance with General Order 2021-5.
11. **February 5, 2025,** Counsel must meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order. The court intends that this will be a substantive, good faith effort to resolve issues. Therefore, trial counsel (lead counsel) are required to attend this meeting in person or virtually.
12. **February 27, 2025,** the Parties must jointly prepare and file a proposed form of pretrial order. The proposed form of order must be signed by counsel for all Parties and must provide the following:
    a. Concise statement of nature of the dispute;
    b. Statement as to jurisdiction;
    c. Stipulation of facts in ascending order by date and citations to the record and/or exhibits;
    d. Stipulation of exhibits;
    e. Proposed findings of fact and conclusions of law;
    f. Designation of witnesses to be presented by deposition;
    g. A list of depositions to be used at trial for purposes other than potential impeachment with identification of specific pages and lines proposed to be published to the trier of facts;
    h. For each party, separately file a Witness and Exhibit List along with exhibits to be used at trial. Each Witness and Exhibit List must conform to General Order 2021-5;
    i. Pending motions that need to be addressed;
    j. A combined estimate of time (total time) needed for trial of each case;
    k. Certificate of conference along with signatures of all counsel;
13. **March 18, 2025, at 9:00 a.m.** (Central Standard Time) a Pre-Trial Conference will be held at the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom No. 402, 515 Rusk Ave. Houston Texas 77002. Attendance by all Parties is required, either in person (if not represented by counsel) or by an attorney who has authority to bind the Party. Each Party must have a representative present with full settlement authority.
14. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.
15. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO**

**SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

16. Changes to this Scheduling Order may only be made by further order of the Court. A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or Parties and only in very limited circumstances.

SIGNED August 7, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge