United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

## ORDER
## SETTING IN PERSON SEALED HEARING

1. On **Tuesday, October 15, 2024**, **at 1:00 p.m. (Central Standard Time)** the Court will conduct an **in person sealed hearing** on "Jackson Walker LLP's Motion To Use Freeman Transcripts Without Restriction" filed by Jackson Walker, LLP on September 18, 2024[1] before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #8B, 515 Rusk, Houston Texas, 77002.

2. The December 6, 2023 Elizabeth Freeman Interview Transcript[2] and the July 30, 2024 Elizabeth Freeman Deposition Transcript[3] (together the "*Freeman Transcripts*") will remain sealed pending further orders of the Court because (i) both contain confidential information or work-product privileges, and (ii) both contain disclosure of information regarding the exercise of judicial or quasi-judicial responsibilities by federal judicial personnel in the decisional or deliberative process pursuant to the *U.S. Courts Guide to Judiciary Policy*, Volume 20, Chapter 8 ("*Judiciary Regulations*") § 850(a)(10), thus the information contained therein may not be used by any party in any proceeding before any Court within the Southern District of Texas, until this Court issues its ruling at the conclusion of this Hearing.

3. Mr. Kevin M. Epstein United States Trustee Region 7, Southern and Western Districts of Texas (the "*United States Trustee*") must file a Notice with the Clerk of Court no later than **Monday, September 30, 2024** of his intent to appear and be heard at this hearing, failure of which may be cause for this Court to issue further orders including the denial of the use of any portion of the Freeman Transcripts in this proceeding.

4. Electronic participation will not be permitted as the hearing will be sealed to protect judicially sensitive information pursuant to the Judiciary Regulations.

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic

---

[1] ECF No. 338.
[2] ECF No. 252; *see also* ECF No. 261.
[3] ECF No. 260-1.

exhibits.

6. No later than **September 26, 2024**, Jackson Walker, LLP must serve a copy of this Order on the United States Trustee, Mr. David R. Jones, Ms. Elizabeth Freeman, Mr. Albert Alonzo and parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED September 25, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge