United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
*Resolving ECF No. 342*

Pending before the Court is a single matter self-styled as "United States Trustee's Emergency Motion To Extend Discovery Deadlines"[1] (the "*Emergency Motion*") filed by Mr. Kevin M. Epstein, United States Trustee Region 7, Southern and Western Districts of Texas (the "*United States Trustee*") on September 24, 2024. On September 25, 2024, Jackson Walker LLP filed its "Jackson Walker LLP's Objection to United States Trustee's Emergency Motion to Extend Discovery Deadline"[2] (the "*Objection*"). On September 26, 2024, the Court held a hearing and for the reasons stated on the record, it is therefore:

**ORDERED**: that

1. "Jackson Walker LLP's Objection to United States Trustee's Emergency Motion to Extend Discovery Deadline"[3] filed by Jackson Walker, LLP on September 25, 2024, is SUSTAINED in part and OVERRULED in part.

2. The "United States Trustee's Emergency Motion To Extend Discovery Deadlines"[4] filed by the United States Trustee on September 24, 2024, is GRANTED in part and DENIED in part as follows:

    a. The deadlines set forth in this Court's "Amended Comprehensive Scheduling, Pre-Trial & Trial Order" dated August 7, 2024, at ECF No. 249 will remain unchanged.

    b. Once the District Court of Oregon enters a final order on the United States Trustee's Motion To Compel in Case No. 3:24-MC-894-AB, the United States Trustee must file a Notice on this Court's docket attaching a copy of such order and serve a copy of such order on Jackson Walker, LLP and all parties entitled to notice, and file a certificate of service with the Clerk of Court.

    c. Pursuant to Federal Rule of Bankruptcy Procedure 7016(b), any further modification to this Court's Amended Comprehensive Scheduling, Pre-Trail & Trial Order [ECF No. 249] may be revisited with a motion filed by the United States Trustee, and upon

---

[1] ECF No. 342.
[2] ECF No. 347.
[3] ECF No. 347.
[4] ECF No. 342.

      a showing of good cause for such modification after the District Court of Oregon enters an order in Case No. 3:24-MC-894-AB.

3. This Court retains jurisdiction to interpret and enforce this order.

  SIGNED September 26, 2024

                                                   Eduardo V. Rodriguez
                                        Chief United States Bankruptcy Judge