# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | Case No. 23-645 |

## UNITED STATES TRUSTEE'S NOTICE OF SUBPOENA TO ELIZABETH MILLER

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for the Southern District of Texas ("U.S. Trustee"), files this notice of subpoena to Elizabeth Miller to alert the Court that a subpoena was served on Ms. Miller that complies with the *Guide to Judiciary Policy*, vol. 20, §§ 810–50 (available at https://www.uscourts.gov/sites/default/files/vol20-ch08.pdf) ("Judiciary Policy").

Ms. Miller is a former judicial assistant to former bankruptcy Judge David R. Jones. On September 25, 2024, the U.S. Trustee served a subpoena *duces tecum* for Ms. Miller's testimony and production of documents, which included a copy of the Judiciary Policy. **Exhibit 1** attached ("Subpoena"). The Subpoena includes a list of deposition topics, document production requests, and a "Written Statement Required by [the Judiciary Policy]."

As with prior subpoenas subject to the Judiciary Policy, to the extent the Court desires to conduct a hearing on the Subpoena, the U.S. Trustee requests that the Court set such hearing no later than October 13, 2024.

[Signature Page Follows]

1

Date: September 26, 2024　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　KEVIN M. EPSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　　　　REGION 7, SOUTHERN AND WESTERN
　　　　　　　　　　　　　　　　　　　　DISTRICTS OF TEXAS

　　　　　　　　　　　　　　　　　　　　By: */s/ Alicia Barcomb*
　　　　　　　　　　　　　　　　　　　　MILLIE APONTE SALL
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Trustee
　　　　　　　　　　　　　　　　　　　　Tex. Bar No. 01278050/Fed. ID No. 11271
　　　　　　　　　　　　　　　　　　　　VIANEY GARZA
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Tex. Bar No. 24083057/Fed. ID No. 1812278
　　　　　　　　　　　　　　　　　　　　ALICIA BARCOMB
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Tex. Bar No. 24106276/Fed ID No. 3456397
　　　　　　　　　　　　　　　　　　　　515 Rusk, Suite 3516
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　(713) 718-4650 – Telephone
　　　　　　　　　　　　　　　　　　　　(713) 718-4670 – Fax
　　　　　　　　　　　　　　　　　　　　Email: millie.sall@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　vianey.garza@usdj.gov
　　　　　　　　　　　　　　　　　　　　　　　　alicia.barcomb@usdoj.gov

## **CERTIFICATE OF SERVICE**

　　　　I hereby certify that a true and correct copy of the foregoing was served by electronic means for CM/ECF system users on September 26, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Alicia Barcomb*
　　　　　　　　　　　　　　　　　　　　Alicia Barcomb, Trial Attorney