United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| Professional Fee Matters Concerning the Jackson § | |
| Walker Law Firm § | |

### ORDER
### SETTING HEARING
*Regarding ECF No. 363*

1. On **Wednesday, October 8, 2024**, **at 4:00 p.m. (Central Standard Time)** the Court will conduct an evidentiary hearing on the United States Trustee's Subpoena to Ms. Elizabeth Miller to testify in this proceeding before the United States Bankruptcy Court, Bob Casey Federal Building, 515 Rusk Ave. Courtroom 8B, Houston, TX 77002.

2. Pursuant to the *Guide to Judiciary Policy, Volume 20, Chapter 8*, § 850, the United States Trustee must be prepared to demonstrate why the following "Topics for Deposition" are permittable topics under Section 850: Topics 1, and 2.[1]

3. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. No later than **Monday, September 30, 2024**, the United States Trustee must serve a copy of this Order on Ms. Elizabeth Miller, Jackson Walker, LLP, Mr. David R. Jones, Ms. Elizabeth Freeman, Mr. Albert Alonzo, and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED September 27, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 363-1 at 3, ¶¶ 1 and 2.