United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) ) PROFESSIONAL FEE MATTERS CONCERNING ) THE JACKSON WALKER LAW FIRM ) ) ) ) ) | Misc. No. 23-00645 |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S EMERGENCY MOTION TO FILE DOCUMENTS UNDER SEAL**

The matter before the Court is *The United States Trustee's Emergency Motion to File Documents Under Seal* (the "Motion"). Having reviewed the Motion and determined that no other or further notice is required and that the motion sets forth good cause, it is

ORDERED that

1. The U.S. Trustee is authorized to file under seal partial transcripts of the depositions of Elizabeth C. Freeman and former Judge David R. Jones as well as text messages produced by Jackson Walker, and must serve a copy of the sealed documents on Jackson Walker, LLP through its counsel.

2. Notwithstanding Bankruptcy Local Rule 9037-1(f), the United States Trustee must not serve a copy of the sealed documents on any other party-in-interest.

3. This Order is issued without prejudice to any party seeking further relief.

4. This Court retains jurisdiction to interpret and enforce this Order.

Signed: October 04, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge