| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Adversary Case Number | 23-00645 |
|---|---|---|---|

| In Re: Professional Fee Matters Concerning the Jackson Walker Law Firm |
|---|
| *versus* |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lauren C. Ravkind<br>KENNY NACHWALTER, P.A.<br>9600 Great Hills Trail, Suite 150 W<br>Austin, TX 78759-6387<br>512-480-8023, Email: lcr@knpa.com<br>Texas Bar No. 16586950, Florida Bar No. 955868<br>Florida S.D., No. 955868 |
|---|---|

| Name of party applicant seeks to appear for: | non-party Henry Hobbs |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/7/2024 | Signed: | /s/ Lauren C. Ravkind |
|---|---|---|

| The state bar reports that the applicant's status is: ACTIVE |
|---|
| Dated:     Clerk's signature: |

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States Bankruptcy Judge