IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> **PROFESSIONAL FEE MATTERS CONCERNING** ) <br> **THE JACKSON WALKER LAW FIRM** ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Misc. No. 23-00645** |

**STIPULATION REGARDING THE UNITED STATES TRUSTEE'S EXPEDITED MOTION TO QUASH SUBPOENAS**

TO THE HONORABLE JUDGE EDUARDO V. RODRIGUEZ,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

On September 25, 2024, the United States Trustee filed an expedited motion to quash subpoenas pursuant to Rule 26(b)(2)(C) of the Federal Rules of Civil Procedure,[1] as made applicable by Federal Rule of Bankruptcy Procedure 9014(c). ECF No. 350 (the "**Motion**"). The Motion seeks relief regarding four subpoenas issued by Jackson Walker LLP ("**Jackson Walker**") to (1) Kevin Epstein, the United States Trustee for Region 7 (2) Assistant United States Trustee Millie Sall and Trial Attorney Hector Duran and (3) Henry Hobbs, former Assistant United States Trustee for the Austin Office and former Acting United States Trustee for Region 7 (collectively, "**USTP Personnel**"). The Motion further alleged that while the United States Trustee anticipated that Jackson Walker would serve a fifth subpoena upon former United States Trustee Trial Attorney Stephen Statham ("**Mr. Statham**"), it had not done so as of the date the Motion was filed. *See* Motion at Fn. 2.

---

[1] Any further reference to a "Rule" will be in reference to the Federal Rules of Civil Procedure.

1

On September 26, 2024, this Court entered an order setting the Motion for hearing on October 8, 2024, and ordered that the USTP Personnel subpoenas are stayed pending further orders of the Court.

On September 27, 2024, Jackson Walker emailed to the United States Trustee a subpoena issued in the name of Mr. Statham (the **"Statham Subpoena"**).[2]. It required the production of documents by October 2, 2024, and noticed a deposition for October 9, 2024, at 10 a.m. in Corpus Christi, Texas.[3] On September 27, 2024, the parties agreed that the October 2 document production deadline would be stayed pending this Court's ruling, and that the October 9 deposition would be subject to the Court's ruling.

WHEREFORE, based on the above, the parties agree that the arguments raised by the United States Trustee in the Motion and Jackson Walker's objection thereto shall apply equally to the subpoena issued to Mr. Statham.

Date: October 7, 2024

Stipulated and Agreed,

**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN AND WESTERN**
**DISTRICTS OF TEXAS**

By: */s/ Vianey Garza*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Alicia L. Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed. ID No. 3456397
515 Rusk, Suite 3516

---

[2] The Statham Subpoena has been filed as an exhibit for the October 8, 2024, hearing. Jackson Walker previously emailed a similar subpoena for Mr. Statham to the U.S. Trustee on August 12, 2024, which requested Mr. Statham's deposition to be held on September 16, 2024, and required documents to be produced by September 9, 2024. The U.S. Trustee advised Jackson Walker that he was not then and is not now authorized to accept service on behalf of Mr. Statham.

[3] The parties and Mr. Statham subsequently agreed to change the time of the deposition to 1:00 p.m. CT if the Court permits the deposition to proceed.

    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
   Email: millie.sall@usdoj.gov
          vianey.garza@usdoj.gov
          alicia.barcomb@usdoj.gov

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Julie G. Harrison*
    Jason L. Boland (SBT 24040542)
    William R. Greendyke (SBT 08390450)
    Julie Goodrich Harrison (SBT 24092434)
    Maria Mokrzycka (SBT 24119994)
    1550 Lamar Street, Suite 2000
    Houston, Texas 77010
    Telephone: (713) 651-5151
    jason.boland@nortonrosefulbright.com
    william.greendyke@nortonrosefulbright.com
    julie.harrison@nortonrosefulbright.com
    maria.mokrzycka@nortonrosefulbright.com

    Paul Trahan (SBT 24003075)
    98 San Jacinto Blvd., Suite 1100
    Austin, Texas 78701
    Telephone: (512) 474-5201
    paul.trahan@nortonrosefulbright.com

    -and-

**Rusty Hardin & Associates, LLP**

    Russell Hardin, Jr. (SBT 08972800)
    Leah M. Graham (SBT 24073454)
    Emily Smith (SBT 24083876)
    5 Houston Center
    1401 McKinney, Suite 2250
    Houston, Texas 77010
    Telephone: (713) 652-9000
    rhardin@rustyhardin.com
    lgraham@rustyhardin.com
    esmith@rustyhardin.com

    *Counsel for Jackson Walker LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024 a copy of the foregoing was served on parties receiving notice by CM/ECF.

Counsel for Jackson Walker
**NORTON ROSE FULBRIGHT US LLP**
Jason Boland
jason.boland@nortonrosefulbright.com
William Greendyke
william.greendyke@nortonrosefulbright.com
Maria Mokrzycka
maria.mokrzycka@nortonrosefulbright.com
Paul Trahan
paul.trahan@nortonrosefulbright.com
Emily Wolf
emily.wolf@nortonrosefulbright.com
Julie Harrison
julie.harrison@nortonrosefulbright.com

**Rusty Hardin & Associates LLP**
Rusty Hardin
rhardin@rustyhardin.com
Leah Graham
lgraham@rustyhardin.com
Emily Smith
esmith@rustyhardin.com
Jennifer Brevorka
jbrevorka@rustyhardin.com

*/s/ Vianey Garza*
Vianey Garza