United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-30336 |
| MCDERMOTT INTERNATIONAL, INC., *et al.*, | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## CASE MANAGEMENT ORDER

With the consent of Chief United States Bankruptcy Judge Eduardo V. Rodriguez, and in the promotion of judicial efficiency and economy and pursuant to Paragraph 12 of General Order 2024-4 (S.D. Tex. July 16, 2024), it is hereby:

**ORDERED** that

1. The following issue in the referenced contested matter is transferred to Chief United States Bankruptcy Judge Eduardo V. Rodriguez to preside over in Miscellaneous Proceeding 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*, to a final trial on the merits:

    Whether the Final Order Allowing Compensation and Reimbursement of Expenses for Jackson Walker LLP should be vacated.

2. All other matters shall remain with the undersigned judge.

3. The Clerk of Court is directed to file a copy of this Case Management Order in Miscellaneous Proceeding No. 23-00645.

4. This Order is effective on entry.

Signed: October 08, 2024

Christopher Lopez
United States Bankruptcy Judge