United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
## FOR SCHEDULING CONFERENCE

Upon the transfer of the "United States Trustee's Motion For (1) Relief From Judgment Pursuant To Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving The Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief" in sixteen (16) cases[1]; and the "United States Trustee's Amended and Supplemental Motion For (1) Relief From Judgment Pursuant To Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving The Retention and Compensation Applications of Jackson Walker LLP, (herein "*Jackson Walker*") (2) Sanctions, and (3) Related Relief" in fifteen (15) cases in addition to one (1) filed in 21-30936 Brilliant Energy, LLC in the instant court[2] for a total of thirty-two (32) contested matters, ("the "*Rule 60 Motions*"), (together the "*Affected Cases*"), the Court deems it necessary to issue a revised and consolidated comprehensive scheduling, pre-trial and trial order. Accordingly, it is therefore

**ORDERED:** that

1. On **Tuesday, October 15, 2024, at 2:00 p.m.** (**Central Standard Time**), a non-evidentiary scheduling conference shall be held before the United States Bankruptcy Court, Houston Division, Courtroom 8B, 515 Rusk Ave, Houston Texas.

2. The parties should be prepared to discuss the following:

    a. Amending the Court's "Amended Comprehensive Scheduling, Pre-Trial & Trial Order"[3] to incorporate all of the Affected Cases. Absent good cause shown beyond the control of

---

[1] *See* 18-30155 EXCO Resources, Inc., ECF No 2358; 19-32112 Jones Energy, Inc., ECF No. 282; 19-34508 Sanchez Energy Corporation, ECF No. 2930; 20-30336 McDermott International, Inc., ECF No. 1141; 20-31886 Sheridan Production Partners, I-A, LP., ECF No. 10; 20-32680 Energy Services Puerto Rico, LLC, ECF No. 13; 20-33233 Chesapeake Energy Corporation, ECF No. 4514; 20-33295 Covia Holdings Corporation, ECF No. 1477; 20-33812 Denbury Holdings, Inc., ECF No. 14; 20-33916 TMW Merchants LLC, ECF No. 255; 20-34500 IQor Holdings Inc., ECF No. 326; 20-50082 Volusion, LLC, ECF No. 337; 22-90002 Seadrill Member LLC, ECF No. 11; 22-90126 LaForta - Gestao E Investimentos, ECF No. 311; 22-90129 Altera Infrastructure Project Services LLC, ECF No. 96; 23-90055 Auto Plus Auto Sales, LLC, ECF No. 50.

[2] *See* 18-35672 Westmoreland Coal Company, ECF No. 3377; 20-20184 JC Penney Company Direct Marketing Services LLC, ECF No. 1351; 20-32021 Whiting Petroleum Corporation, ECF No. 1465; 20-32519 Neiman Marcus Group LTD LLC, ECF No. 3224; 20-32564 Stage Stores, Inc., ECF No. 1241; 20-33302 Covia Finance Company, LLC, ECF No. 235; 20-34758 Tug Robert J. Bouchard Corporation, ECF No. 381; 20-35561 Mule Sky LLC, ECF No. 1089; 20-35740 Seadrill Partners LLC, ECF No. 877; 21-30427 Seadrill Limited, ECF No. 1621; 21-30936 Brilliant Energy, LLC, ECF No. 284; 21-31861 Katerra Inc., ECF No. 2093; 21-90002 Basic Energy Services Inc., ECF No. 1791; 21-90054 Strike, LLC., ECF No. 1540; 22-50009 4E Brands Northamerica LLC., ECF No. 645; 22-90018 Sungard AS New Holdings, LLC. ECF No. 1043.

[3] ECF No. 249.

      the lawyers and/or Parties the November 1, 2024, "Close of Fact Discovery" will remain unchanged other than the taking of depositions by Jackson Walker, LLP, if ordered by the Court, of Mr. Kevin Epstein, Ms. Millie A. Sall and Mr. Henry Hobbs as stated on the record at the October 8, 2024, hearing.

   b. The order allowing the filing of dispositive motions filed in 22-90129, ECF No. 134 and related matters.

   c. Any other matters that may arise under Bankruptcy Rule 7016.

3. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Chief Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

5. No later than **Thursday, October 10, 2024,** Mr. Kevin M. Epstein, United States Trustee Region 7, Southern and Western Districts of Texas, must serve a copy of this Order on Jackson Walker, LLP, and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

    SIGNED October 9, 2024

                                        Eduardo V. Rodriguez
                                   Chief United States Bankruptcy Judge