# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| Professional Fee Matters Concerning § | |
| the Jackson Walker Law Firm § | Case No. 23-00645 (EVRA) |
| § | |
| § | |

## JACKSON WALKER LLP'S WITNESS AND EXHIBIT LIST
## FOR HEARING SCHEDULED ON OCTOBER 15, 2024

[Relates to Dkt. Nos. 338 & 345]

| **Main Case No**: 23-00645 (EVR) | **Miscellaneous Proceeding:** Professional Fee Matters Concerning the Jackson Walker Law Firm |
|---|---|
| **Witnesses:** | |
| 1. All persons listed on the witness list of any party; and | **Judge:** Eduardo V. Rodriguez |
| 2. Any rebuttal and/or impeachment witnesses. | **Courtroom Deputy:** Ana Castro |
| | **Hearing Date**: October 15, 2024 |
| | **Hearing Time**: 1:00 p.m. |
| | **Party's Name:** Jackson Walker LLP |
| | **Attorneys' Names**:   Russell Hardin, Jr.<br>Leah Graham<br>Emily Smith<br>Jason L. Boland<br>William R. Greendyke<br>Paul Trahan<br>Julie Harrison |
| | **Attorneys' Phone:**   (713) 652-9000<br>(713) 651-5151 |
| | **Nature of Proceeding:** Hearing on *Jackson Walker LLP's Motion to Use Freeman Transcripts Without Restriction* filed on September 18, 2024 [Dkt. No. 338]. |

- 1 -

## **EXHIBITS**[1]

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | United States Trustee's Witness and Exhibit List filed October 4, 2024 [Dkt. No. 380] | | | | |
| 2. | Excerpts from Deposition of Albert Alonzo conducted on September 18, 2024 | | | | |
| 3. | Excerpts from Deposition of David Jones conducted on September 19, 2024 | | | | |
| 4. | United States Trustee's Motion for (1) Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(B)(6) and Federal Rule Of Bankruptcy Procedure 9024 Approving Compensation Applications of Jackson Walker LLP (2) Sanctions, and (3) Related Relief filed in Auto Plus Auto Sales, LLC; Case No. 23-90055 (CML) [Dkt. No. 50] | | | | |
| 5. | Any document or pleading filed in the above-captioned case, including any exhibits and attachments thereto | | | | |
| 6. | Any exhibit designated by any other party | | | | |
| 7. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Jackson Walker LLP ("JW") reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for

---

[1] All references herein to any particular Dkt. No. include all exhibits or attachments thereto.

- 3 -

purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate.  JW also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Reminder of Page Intentionally Left Blank]*

Dated: October 11, 2024

Respectfully submitted,

| **NORTON ROSE FULBRIGHT US LLP** | **RUSTY HARDIN & ASSOCIATES, LLP** |
|---|---|
| */s/ Jason L. Boland* | */s/ Russell Hardin, Jr.* |
| Jason L. Boland (SBT 24040542) | Russell Hardin, Jr. (SBT 08972800) |
| William Greendyke (SBT 08390450) | Leah M. Graham (SBT 24073454) |
| Julie Harrison (SBT 24092434) | Jennifer E. Brevorka (SBT 24082727) |
| Maria Mokrzycka (SBT 24119994) | Emily Smith (SBT 24083876) |
| 1550 Lamar, Suite 2000 | 5 Houston Center |
| Houston, Texas 77010 | 1401 McKinney, Suite 2250 |
| Telephone: (713) 651-5151 | Houston, Texas 77010 |
| jason.boland@nortonrosefulbright.com | Telephone: (713) 652-9000 |
| william.greendyke@nortonrosefulbright.com | rhardin@rustyhardin.com |
| julie.harrison@nortonrosefulbright.com | lgraham@rustyhardin.com |
| maria.mokrzycka@nortonrosefulbright.com | jbrevorka@rustyhardin.com |
| | esmith@rustyhardin.com |
| Paul Trahan (SBT 24003075) | |
| Emily Wolf (SBT 24106595) | *Counsel for Jackson Walker LLP* |
| 98 San Jacinto Blvd., Suite 1100 | |
| Austin, Texas 78701 | |
| Telephone: (512) 474-5201 | |
| paul.trahan@nortonrosefulbright.com | |
| emily.wolf@nortonrosefulbright.com | |
| | |
| *Counsel for Jackson Walker LLP* | |

## **CERTIFICATE OF SERVICE**

      I certify that on October 11th, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Jason L. Boland*
      Jason L. Boland