# WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No: 23-645 | In re Professional Fee Matters Concerning the Jackson Walker Law Firm |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| Witnesses: | |
| 1. Brian Henault, Supervisory Auditor or Other Designated Representative of the U.S. Trustee | Judge: The Honorable Eduardo V. Rodriguez |
| Any witness called or designated by any other party | Courtroom Deputy: Ana Castro |
| Any witness necessary to rebut testimony of a witness called or designated by any other party | Hearing Date: October 8, 2024 |
| | Hearing Time: 4:00 p.m. |
| | Party's Name: Kevin Epstein, U.S. Trustee |
| | Attorney's Names: Laura D. Steele, Joel Charboneau, Vianey Garza |
| | Attorney's Phone: 202-322-7086 |
| | Nature of Proceeding: Hearing on (1) *United States Trustee's Expedited Motion to Quash Subpoenas* [ECF No. 350]; (2) *United States Trustee's Notice of Subpoena to Elizabeth Miller* [ECF No. 363] |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | United States Trustee's Motion for Relief from Judgment or Order pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving any Jackson Walker Applications for Compensation and Reimbursement of Expenses filed in *In re Neiman Marcus Group Ltd LLC, et al.*, Case No. 20-32519, ECF No. 3178 | | | | |

1

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 2 | Preliminary Response of Jackson Walker LLP to Recent Filings by the Office of the United States Trustee filed in *In re Neiman Marcus Group Ltd LLC, et al.*, Case No. 20-32519, ECF No. 3184 | | | | |
| 3 | United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker, LLP, (2) Sanctions, and (3) Related Relief filed in *In re Neiman Marcus Group Ltd LLC, et al.*, Case No. 20-32519, ECF No. 3224 | | | | |
| 4 | Jackson Walker LLP's Response in Opposition to the United States Trustee's Amended and Supplemental Motion for (1) Relief from Judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker, LLP, (2) Sanctions, and (3) Related Relief filed in *In re Neiman Marcus Group Ltd LLC, et al.*, Case No. 20-32519, ECF No. 3234 | | | | |
| 5 | Email from Laura D. Steele to Counsel for Jackson Walker Dated August 21, 2024 | | | | |
| 6 | A - Subpoena issued to Kevin Epstein | | | | |
| | B - Subpoena issued Millie Sall | | | | |
| | C - Subpoena to Hector Duran | | | | |
| | D - Subpoena to Henry Hobbs | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 7 | A - United States Trustee's Objections to Jackson Walker's Subpoena Duces Tecum to Him dated September 17, 2024 | | | | |
| | B - United States Trustee's Objections to Jackson Walker's Subpoena Duces Tecum to Millie Sall dated September 17, 2024 | | | | |
| | C - United States Trustee's Objections to Jackson Walker's Subpoena Duces Tecum to Hector Duran dated September 17, 2024 | | | | |
| 8 | Jackson Walker's Notice of Deposition for United States Trustee (Region 7) pursuant to Fed. R. Civ. P. 30(b)(6) dated September 25, 2024 | | | | |
| 9 | Subpoena issued to Steve Statham on September 27, 2024 | | | | |
| 10 | Jackson Walker's First Set of Interrogatories to the U.S. Trustee dated May 15, 2024 | | | | |
| 11 | Order related to Jackson Walker LLP's Expedited Motion to Compel Production of Documents and Responses to Interrogatories from the U.S. Trustee, ECF No. 305 | | | | |
| 12 | United States Trustee's Supplemental Responses to Jackson Walker's First Set of Interrogatories to the U.S. Trustee dated September 3, 2024 | | | | |
| 13 | Jackson Walker's Second Set of Interrogatories to the U.S. Trustee dated September 30, 2024 | | | | |
| 14 | Jackson Walker's First Requests for Production of Documents to the U.S. Trustee dated May 15, 2024 | | | | |
| 15 | Excerpts from Transcript of Hearing held on August 7, 2024 before Chief Judge Eduardo V. Rodriguez | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 16 | Excerpts from Depositions of Elizabeth Freeman conducted on July 30, 2024 (*To Be Filed Under Seal*) | | | | |
| 17 | Excerpts Deposition of David R. Jones conducted on September 16, 2024 (*To Be Filed Under Seal*) | | | | |
| 18 | A - Excerpt from Text Message String between Veronica Polnick and Matthew Cavenaugh sent on March 6, 2021 (*To Be Filed Under Seal*) | | | | |
| | B - Excerpt from Text Message string between Veronica Polnick and Elizabeth Freeman sent on March 6, 2021 (*To Be Filed Under Seal*) | | | | |
| | C - Excerpt from Text Message String between Veronica Polnick and Matthew Cavenaugh sent between March 7 and March 8, 2021 (*To Be Filed Under Seal*) | | | | |
| | D – Excerpt from Text Message String between Veronica Polnick and Matthew Cavenaugh sent between March 10 and March 11, 2021 (*To Be Filed Under Seal*) | | | | |
| | E – Excerpt from Text Message String between Veronica Polnick and Elizabeth Freeman sent between April 14 and April 15, 2021 (*To Be Filed Under Seal*) | | | | |
| | F – Excerpt from Text Message String between Veronica Polnick and Elizabeth Freeman sent between May 4 and May 5, 2021 (*To Be Filed Under Seal*) | | | | |
| | G - Excerpt from Text Message string between Veronica Polnick, and Albert Alonzo sent on May 13, 2021 (*To Be Filed Under Seal*) | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | H – Excerpt from Text Message String between Veronica Polnick and Genevieve Graham sent on November 24, 2021 (*To Be Filed Under Seal*) |  |  |  |  |
| 19 | United States Trustee's Notice of Subpoena to Elizabeth Miller |  |  |  |  |
| 20 | Proof of Service of Subpoena to Elizabeth Miller |  |  |  |  |
| 21 | USPS Tracking for certified mailing 9414711206205832589528 |  |  |  |  |
| 22 | Text Message string between Veronica Polnick, and Albert Alonzo sent between March 7, and March 8, 2021 (*To Be Filed Under Seal*) |  |  |  |  |
|  | Any document, pleading, exhibits, transcripts, orders, or other documents filed in the above captioned case |  |  |  |  |
|  | All exhibits presented or designated by any other party in interest for the hearing |  |  |  |  |
|  | All impeachment and/or rebuttal exhibits |  |  |  |  |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Date: October 4, 2024

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
    Millie Aponte Sall, Assistant U.S. Trustee
    Tex. Bar No. 01278050/Fed. ID No. 11271
    Vianey Garza, Trial Attorney

                                        Tex. Bar No. 24083057/Fed. ID No. 1812278
                                        Alicia L. Barcomb, Trial Attorney
                                        Tex. Bar No. 24106276/Fed. ID No. 3456397
                                        515 Rusk, Suite 3516
                                        Houston, Texas 77002
                                        (713) 718-4650 – Telephone
                                        (713) 718-4670 – Fax
                                        Email: millie.sall@usdoj.gov
                                                         vianey.garza@usdoj.gov
                                                         alicia.barcomb@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 4, 2024 a copy of the foregoing *U.S. Trustee's Witness and Exhibit List for Hearing Scheduled on October 8, 2024* was served on the parties entitled to notice through the Court's ECF system.

                                        By: */s/ Vianey Garza*
                                             Vianey Garza