# In The Matter Of:

*In Re: Professional Fee Matters Concerning*
*The Jackson Walker Law Firm*

*Albert Alonzo*
*September 18, 2024*

*Behmke Reporting and Video Services, Inc.*
*550 California Street, Suite 820*
*San Francisco, California  94104*
*(415) 597-5600*

Original File 43334AlonzoUSTP_nl.txt
Min-U-Script® with Word Index

Page 13

1  WEDNESDAY, SEPTEMBER 18, 2024; 9:00 A.M.
2      **JUDGE RODRIGUEZ:** State your name.
3      **THE WITNESS:** Albert Alonzo.
4      ALBERT ALONZO,
5  having been first duly sworn, testified as follows:
6      **EXAMINATION BY MS. STEELE:**
7  Q.  Good morning, Mr. Alonzo.  My name is Laura
8  Steele.  I'm a trial attorney with the United States
9  Department of Justice U.S. Trustee Program.  We're here
10 today in your deposition in the Jackson Walker fee
11 matter.
12     **MS. STEELE:** And I want to thank the Court
13 for allowing us to be here today and setting up the
14 courtroom for our use.
15     BY MS. STEELE:
16 Q.  Mr. Alonzo --
17     **MS. STEELE:** I believe there probably
18 should be some appearances, Your Honor.
19     **JUDGE RODRIGUEZ:** Go right ahead.
20     **MS. GARZA:** Vianey Garza for the U.S.
21 Trustee.
22     **MR. NGUYEN:** Ha Nguyen for the U.S.
23 Trustee.
24     **MS. SALL:** Millie Sall on behalf of the
25 U.S. Trustee.

Page 14

1      **MR. LEMMON:** Steve Lemmon on behalf of the
2  JCPenney Plan Administrators.
3      **MR. GUERRERO:** Aaron Guerrero on behalf of
4  David Dunn, liquidating trustee of Basic Energy; David
5  Dunn, the plan agent for 4E Brands North America; and
6  Matthew Ray, plan administrator of Tug Robert J.
7  Bouchard Corporation.
8      **MR. HIGGINBOTHAM:** Craig Alexander
9  Higginbotham on behalf of Randy Williams, Chapter 7
10 Trustee.
11     **MS. BREWSTER:** Carissa Brewster on behalf
12 of Patrick Bartels as trustee of the Strike Liquidating
13 Trust.
14     **MR. EISENBERG:** Philip Eisenberg with
15 Locke Lord on behalf of Seadrill Limited, Your Honor.
16     **MR. HARDIN:** Rusty Hardin on behalf of
17 Jackson Walker.
18     **MS. HARDY:** Jennifer Hardy on behalf of
19 the DIP lenders in the Sanchez case.
20     **MR. DOWNEY:** Christopher Downey on behalf
21 of Mr. Alonzo.
22     **MR. JENKINS:** William Jenkins.  I'm the
23 general counsel of Jackson Walker.
24     **MR. BOLAND:** Jason Boland for Jackson
25 Walker.

Page 15

1      **MS. HARRISON:** Julie Harrison for Jackson
2  Walker.
3      **MS. SMITH:** Emily Smith for Jackson
4  Walker.
5      **MS. STEELE:** All right.  Thank you, Your
6  Honor.  Before we get started is there anything that the
7  Court wanted to set any parameters or anything like that
8  before we launch into this?
9      **JUDGE RODRIGUEZ:** No.  We can go ahead and
10 get started.  Are there any scheduled breaks you're
11 going to take for witness testimony or break for lunch
12 or anything like that?  For planning I would just like
13 to know what kind of schedule you're going to have
14 today.  I'm happy to do whatever y'all want to do today.
15     **MS. STEELE:** Thank you, Your Honor.  I
16 imagine we'll take some breaks, and during some of those
17 breaks we can get a gauge for where we are.
18     BY MS. STEELE:
19 Q.  All right.  Good morning, Mr. Alonzo.  Thank
20 you for being here today.  Could you please state your
21 full name.
22 A.  Albert Alonzo.
23 Q.  And, Mr. Alonzo, what is your current address?
24 A.  3106 Bramble Hill Court, Houston, Texas 77059.
25 Q.  And, Mr. Alonzo, have you used any other names?

Page 16

1  A.  No.
2  Q.  Mr. Alonzo, your counsel is present here today.
3  We're slightly in an unusual configuration, but I do
4  want to let you know that you certainly are welcome
5  to -- if you need to speak with your counsel or anything
6  like that, please just let me know; and we'll certainly
7  allow you to do that.
8      Mr. Alonzo, have you ever been deposed
9  before?
10 A.  No, ma'am.
11 Q.  So I'm going to ask questions.  If you'll let
12 me ask my question, I'll let you answer your answer.
13 We'll try not to speak over one another.  Try to use
14 verbal responses, not be "uh-huh," yeah, nod head kind
15 of thing.  So I appreciate that.
16     Again, your counsel is here.  So if
17 there's anything that I ask that you don't understand,
18 feel free to just let me know that.  I can restate or
19 you can consult with your counsel as well.
20 A.  Understood.
21 Q.  Thank you.  Mr. Alonzo, what is your highest
22 level of education?
23 A.  I have a bachelor's degree.
24 Q.  From where?
25 A.  University of Houston Downtown.

Page 105

1  Q. Was the relationship -- and I understand that
2  your understanding was that it was a private matter and
3  should be kept private. Was it actually private? Was
4  it actually kept secret?
5  A. I mean, I think so.
6  Q. Did anyone ask you questions about their
7  relationship?
8  A. Nobody has ever approached me about their
9  relationship.
10 Q. So Mr. Jones -- when the United States Trustee
11 interviewed Ms. Freeman, she stated that -- she was
12 asked, "Did anyone ask you about whether you denied the
13 relationship?"
14     And she responded, "I'm sure there were
15 people. I know that there were people who have -- a few
16 have asked. But people didn't really ask me, you know.
17 They would ask Albert."
18 A. She's wrong about that. Nobody ever asked me
19 about it.
20 Q. Why would she testify that people asked you
21 about it if that's not correct?
22 A. I don't know.
23 Q. And I apologize. She wasn't testifying; she
24 was being interviewed.
25 A. Right.

Page 106

1  Q. But no one ever asked you about their
2  relationship?
3  A. No, ma'am. As I sit here today, nobody has
4  ever asked me prior to 2020 -- prior to it becoming
5  public about it.
6  Q. Okay. Why would she have the impression that
7  people were asking you about the relationship prior to
8  2020 in October?
9  A. I don't know.
10 Q. Did you ever share the relationship with
11 anyone, or the existence of the relationship with anyone
12 besides Ms. Miller and Ms. Staples?
13 A. No, ma'am.
14 Q. Did you tell your wife?
15 A. My wife knew.
16 Q. And did your wife tell anyone?
17 A. I doubt it.
18 Q. Did you tell your wife to keep it secret?
19 A. No, I don't believe I did. I mean, it was --
20 my wife is in a different world than we are, and she's
21 so detached from it that it's in one ear and out the
22 other for her.
23 Q. She's not an attorney?
24 A. She's not an attorney.
25 Q. And she doesn't work in the legal world?

Page 107

1  A. She does not.
2  Q. What was her reaction to that when you shared
3  it with her?
4  A. Like in 2013? She didn't really know them
5  then.
6  Q. Let me step back. When did you share the
7  relationship with your wife?
8  A. Probably -- I mean, I honestly don't remember.
9  Q. Would you have come home that evening after the
10 happy hour and said, Guess what, they're together?
11 A. Probably.
12 Q. And what was her reaction to that?
13 A. You know, she didn't know them and she -- I
14 don't recall or have a recollection of her reaction to
15 it.
16 Q. Did you send Mr. Jones a Christmas card?
17 A. I have sent him one before, yes.
18 Q. And who would you address that Christmas card
19 to?
20 A. I would have sent it to him, and as a joke I
21 would have said "Mr. and Mrs. Freeman" probably.
22 Q. And was that every year after 2013?
23 A. It's whenever my wife bought the cards.
24 Q. Did she sign the cards?
25 A. She usually did those pictures, you know. And

Page 108

1  if we would have sent one -- I don't know when we sent
2  them. If I would have sent one, it wouldn't have
3  been -- it would have probably been to the Rolla house.
4  Q. And why would you send it to the Rolla house as
5  opposed to any other address?
6  A. I mean, probably couldn't afford it the other
7  years, to be honest with you.
8  Q. But did you understand that the Rolla address
9  was the best place to mail something to --
10 A. Yes, ma'am.
11 Q. -- Ms. Freeman or Mr. Jones?
12 A. For Jones for sure.
13 Q. And what is the joke there, Mr. and
14 Mrs. Freeman?
15 A. You know, I knew they were dating; and I wasn't
16 going to send her one. So I would send it to the house.
17 Q. You mentioned that you believe that if
18 Judge Isgur had known about the relationship, he would
19 have actually required disclosure. Did you believe at
20 any point that the relationship required disclosure?
21 A. I was going off hindsight.
22 Q. So in 2013 you didn't say, Hey Liz, I think you
23 need to --
24 A. No, ma'am.
25 Q. Do you know whether Mr. Jones and Ms. Freeman