## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No: 23-645 | In re Professional Fee Matters Concerning the Jackson Walker Law Firm |
| Adversary No: N/A | Style of Adversary: N/A |
|  |  |
| Witnesses: |  |
| All persons listed on the witness list of any party | Judge: The Honorable Eduardo V. Rodriguez |
| Any rebuttal and/or impeachment witnesses | Courtroom Deputy: Ana Castro |
|  | Hearing Date: October 15, 2024 |
|  | Hearing Time: 1:00 p.m. |
|  | Party's Name: Kevin Epstein, U.S. Trustee |
|  | Attorney's Names: Laura D. Steele, Joel Charboneau, Vianey Garza |
|  | Attorney's Phone: 202-322-7086 |
|  | Nature of Proceeding: Hearing on *Jackson Walker LLP's Motion to Use Freeman Transcripts Without Restriction filed on September 18, 2024* [Dkt. No. 338] |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Any document, pleading, exhibits, transcripts, orders, or other documents filed in the above captioned case |  |  |  |  |
|  | All exhibits presented or designated by any other party in interest for the hearing |  |  |  |  |
|  | All impeachment and/or rebuttal exhibits |  |  |  |  |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

1

Date: October 11, 2024                    Respectfully Submitted,

                                              KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
    Millie Aponte Sall, Assistant U.S. Trustee
    Tex. Bar No. 01278050/Fed. ID No. 11271
    Vianey Garza, Trial Attorney
    Tex. Bar No. 24083057/Fed. ID No. 1812278
    Alicia L. Barcomb, Trial Attorney
    Tex. Bar No. 24106276/Fed. ID No. 3456397
    515 Rusk, Suite 3516
    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
    Email: millie.sall@usdoj.gov
            vianey.garza@usdoj.gov
            alicia.barcomb@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024 a copy of the foregoing *U.S. Trustee's Witness and Exhibit List for Hearing Scheduled on October 11, 2024* was served on the parties entitled to notice through the Court's ECF system.

                                              By: */s/ Vianey Garza*
                                                  Vianey Garza