# THIRD CASE MANAGEMENT ORDER[1]

The United States Trustee has filed a Motion for Relief from Final Judgment concerning fees awarded to Jackson Walker, LLP. The United States Trustee separately seeks to have the United States District Court withdraw the reference of this case to the bankruptcy judges, but only with respect to the Motion for Relief from Final Judgment. Virtually identical motions have been filed in fifteen additional bankruptcy cases in this District to date. After conferring with Chief Bankruptcy Judge Eduardo V. Rodriguez and the other bankruptcy judges of this District, this Court orders:

1. The issue concerning whether the reference should be withdrawn to the District Court is transferred to Chief Bankruptcy Judge Eduardo V. Rodriguez for all purposes. He will make such a recommendation to the District Court as he deems appropriate with respect to the withdrawal of the reference in all cases in which the United States Trustee is requesting such relief.

2. Chief Judge Rodriguez has commenced and will preside over Miscellaneous Proceeding No. 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*. All future documents and pleadings concerning discovery, retrial matters and whether the Final Order Allowing Compensation and Reimbursement of Expenses for Jackson Walker LLP should be vacated regarding the Motion to Withdraw the Reference and the Motion for Relief from Final Judgment must be filed in Miscellaneous Proceeding 23-00645.

3. The undersigned Judge retains all other matters that are pending in this case.

4. The Clerk of Court is directed to file a copy of this Case Management Order in this case and in Miscellaneous Proceeding No. 23-00645, *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*.

5. This Order is effective on entry. Provided, if the District Court withdraws the reference, paragraphs 2 and 3 will remain effective only to the extent ordered by the District Court.

Signed: October 11, 2024

Christopher Lopez
United States Bankruptcy Judge

---

[1] This Third Case Management Order applies in the cases identified on Exhibit A.

# **EXHIBIT A**

| 1 | 22-50009 | 4E Brands Northamerica LLC |
|---|---|---|
| 2 | 22-90129 | Altera Infrastructure Project Services LLC |
| 3 | 23-90055 | Auto Plus Auto Sales LLC |
| 4 | 21-90002 | Basic Energy Services, Inc. |
| 5 | 20-33233 | Chesapeake Energy Corporation |
| 6 | 20-33302 | Covia Finance Company LLC |
| 7 | 20-33295 | Covia Holdings Corporation |
| 8 | 20-33812 | Denbury Holdings, Inc. |
| 9 | 20-32680 | Energy Services Puerto Rico, LLC |
| 10 | 18-30155 | EXCO Resources, Inc. |
| 11 | 20-34500 | iQor Holdings Inc. |
| 12 | 20-20184 | J.C. Penney Company Direct Marketing Services LLC |
| 13 | 19-32112 | Jones Energy, Inc. |
| 14 | 21-31861 | Katerra, Inc. |
| 15 | 20-30336 | McDermott International, Inc. |
| 16 | 20-35561 | Mule Sky LLC |
| 17 | 19-34508 | Sanchez Energy Corporation |
| 18 | 21-30427 | Seadrill Limited |
| 19 | 22-90002 | Seadrill Member LLC |
| 20 | 20-35740 | Seadrill Partners LLC |
| 21 | 20-31886 | Sheridan Production Partners I-A, L.P. |
| 22 | 20-32564 | Stage Stores, Inc. |
| 23 | 22-90018 | Sungard AS New Holdings, LLC |
| 24 | 20-34758 | Tug Robert J. Bouchard Corporation |
| 25 | 20-50082 | Volusion, LLC |
| 26 | 18-35672 | Westmoreland Coal Company |
| 27 | 20-32021 | Whiting Petroleum Corporation |