United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| Professional Fee Matters Concerning | § | |
| the Jackson Walker Law Firm | § | Case No. 23-00645 (EVR) |
| | § | |
| | § | |

**ORDER GRANTING JACKSON WALKER LLP'S MOTION TO USE
FREEMAN TRANSCRIPTS WITHOUT RESTRICTION**
[Relates to Dkt. No. 338]

Having considered the *Motion to Use Freeman Transcripts Without Restriction* (the "Motion") filed by Jackson Walker LLP, the Court orders:

1. Jackson Walker is expressly allowed to use the transcripts from the United States Trustee's December 6, 2023, interview and July 30, 2024, deposition of Elizabeth Freeman, without restriction.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: October 15, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge