United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

### ORDER
*Relates to ECF No. 338*

Having considered the "Motion to Use Freeman Transcripts Without Restriction"[1] (the "*Motion*") filed by Jackson Walker LLP, it is therefore:

**ORDERED:** that

1. Mr. Kevin M. Epstein, United States Trustee Region 7, Southern and Western Districts of Texas (the "*United States Trustee*") is expressly allowed to use the transcripts from the United States Trustee's December 6, 2023, interview and July 30, 2024, deposition of Elizabeth Freeman, without restriction.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED October 15, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 338.