United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
## SETTING NON-EVIDENTIARY STATUS CONFERENCE
*Regarding ECF No. 422*

On October 15, 2024, this Court held a sealed hearing on "Jackson Walker LLP's Motion To Use Freeman Transcripts Without Restriction"[1] and at the conclusion of the hearing the Court ordered both the audio and transcription portion of the hearing unsealed. Additionally, the Court held a public hearing on its Order for a Scheduling Conference in this matter.[2] Unfortunately, as a result of the Electronic Recording Operator's clerical error, the audio time stamped portions of the Scheduling Conference beginning at 2:43 p.m. through and ending at 3:03 p.m. Central Standard Time went unrecorded. Upon discovering this error, the Clerk of Court immediately commenced an investigation, but before the Electronic Recording Operator could be interviewed, he resigned. The Court sincerely apologizes to the parties for any inconvenience this Clerical error has created. As a result, the Court deems it necessary to schedule a non-evidentiary status conference to discuss the needs of the parties for this portion of the record including, if necessary, a renewed hearing on the matter. Accordingly, it is therefore:

**ORDERED:** that

1. The October 21, 2024, deadline for the U. S. Trustee and Jackson Walker, LLP to file a joint notice with the clerk of court as to the Court's question regarding the filing of a dispositive motion on the question of whether any of the final Jackson Walker fee orders should be vacated is CANCELLED pending further order of this Court.

2. All available audio and transcribed portions of the two October 15, 2024, hearings are now available for the parties.

3. On **Monday, October 21, 2024**, **at 9:30 a.m. (Central Standard Time)** an electronic non-evidentiary status conference shall be held before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, Tx 78501.

4. Parties must be prepared to discuss the October 15, 2024, unrecorded audio time stamped portions of the Scheduling Conference beginning at 2:43 p.m. through and ending at 3:03 p.m. Central Standard Time and discuss the needs of the parties for this portion of the record

---

[1] ECF No. 338.
[2] ECF No. 422.

including, if necessary, for a renewed hearing on the matter.

5. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

6. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

7. No later than **Thursday, October 17, 2024**, Jackson Walker, LLP must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED October 17, 2024

*(signature)*

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge