IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

**ORDER**
*Concerning ECF No. 478*

Pending before the Court is a single matter self-styled as "David R. Jones' Emergency Motion to Quash Subpoena"[1] (the "*Motion to Quash*") filed by David R. Jones on October 16, 2024. Pursuant to 12 U.S.C. § 3410(a), Mr. Jones timely filed this Motion to Quash, with a sworn statement[2] indicating that (1) that Mr. Jones is a customer of the financial institution from which financial records pertaining to him have been sought; and (2) stating the applicant's reasoning for believing that the financial records sought are not relevant to the legitimate law enforcement inquiry stated by the Government authority in its notice, or that there has not been substantial compliance with the provisions of this title [12 USCS §§ 3401 et seq.].[3] The Court, finding that subsection (a) has been complied with, directs Mr. Kevin M. Epstein, the United States Trustee Region 7, Southern and Western Districts of Texas,[4] to file a sworn response pursuant to 12 U.S.C. § 3410(b) by October 24, 2024. Accordingly, it is therefore:

**ORDERED:** that

1. No later than October 24, 2024, and pursuant to 12 U.S.C. § 3410(b), Mr. Kevin M. Epstein, the United States Trustee for the Southern District of Texas must file a sworn response to the Motion to Quash.

SIGNED October 17, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 478.
[2] ECF No. 478-1.
[3] 12 U.S.C. § 3410(a).
[4] ECF No. 478-2.