**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Professional Fee Matters Concerning the | ) | Case No. 23-00645 (EVR) |
| Jackson Walker Law Firm | ) | |
| | ) | |
| | ) | |

## NOTICE OF SUBPOENA TO DAVID WEINHOFFER

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 31 and 45, made applicable by Federal Rules of Bankruptcy Procedure 7031 and 9014(c), that Jackson Walker LLP ("Jackson Walker") intends to serve a Subpoena, in the form attached hereto as **Exhibit A** to David Weinhoffer, as Liquidation Trustee of the Liquidation Trust on October 18, 2024, or as soon thereafter as service may be effectuated.

*[The remainder of this page is intentionally left blank]*

DATED: October 18, 2024

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/      John J. Kane*

**Joseph M. Coleman**
State Bar No. 0456610
SDTX No. 16936
**John J. Kane**
State Bar No. 24066794
SDTX No. 1069650
**JaKayla J. DaBera**
State Bar No. 24129114
SDTX No. 3848760

901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
         jkane@krcl.com
         jdabera@krcl.com

**ATTORNEYS FOR JACKSON WALKER LLP**

## CERTIFICATE OF SERVICE

This is to certify that on October 18, 2024, a true and correct copy of the foregoing Notice was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and by email to Mr. Timothy Culberson (tim@culbersonlaw.com).

*/s/ John J. Kane*
John J. Kane