United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO: 23-645** |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER
## SETTING ELECTRONIC HEARING
*ECF No. 495*

1. On **Tuesday, October 29, 2024**, **at 2:30 p.m. (Central Standard Time)** the Court will conduct an electronic evidentiary hearing on U.S. Trustee's Expedited Moton to Compel Production of Documentation from Jackson Walker, LLP, ECF No. 495, before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. No later than Thursday, October 24, 2024, U.S. Trustee must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED October 22, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge