EXHIBIT
I

| DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY | |
|---|---|
| In Re:  Professional Fee Matters Concerning the Jackson Walker Law Firm | Case Number: 23-00645 (EVR) |
| Account Holder: Elizabeth Freeman (D.O.B.: ███████████████████████) | Date:  9/30/2024 |
| Name of Entity Subpoenaed: Zions Bancorporation, N.A., dba Amegy Bank | |

I,  Trisha Holmes              , declare that I am employed by Zions Bancorporation, N.A., dba Amegy Bank and my designated duly authorized Custodian of Records for documents and/or information produced under the above referenced legal order. I certify the authenticity of the records produced herewith and that they were:

    A.  Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.
    B.  Kept in the course of regularly conducted activity.
    C.  Made by the regularly conducted activity as a regular practice, by the personnel of the business.

**The identities of the records produced herewith are as follows:**

☑ Signature Card(s)    ☑ Statement(s)    ☐ Cashiers' Check(s)
☐ Deposit(s)/Credit(s)    ☑ Check(s)/Withdrawal(s)    ☐ Wire Transfer(s)
☑ Other: Transaction History Report, Enotices

**Records necessary for compliance may have been limited as indicated below:**

☐ The institution <u>does not possess any of the records</u> as described in the above referenced legal order.

☑ The enclosed records are true copies of institution records in the custodian's possession as described in the above referenced legal order.

☐ Compliance with the above referenced legal order was <u>limited to the following</u> through agreement with the requesting party:

☑ The institution is <u>unable to provide the following records</u> as described in the above referenced legal order:
Drawn on any responsive accounts in the amounts of (at or around the following respective dates): $11,187.27 (1 /31/24), $10,313.41 (1/27/23),$10,604.62 (1/15/21), $10,714.07 (1 /24/20), or $10,846.15 (2019 or 2018).These amounts could not be found.
Out of Retention: Check 2436, dated 05/08/2017, in the amount of $250.00 (xxxxxx ████ is out of retention. The applicable record retention policy is 7 years.

Page 2 of 2

I am familiar with the mode of preparation of the enclosed records. They were prepared as follows:

■ **Signature Card(s)**: The customer(s) whose name appears on the signature card/account application and agreement form submitted the form to us requesting checking and/or savings account(s). The customer(s) submitted personal and financial information which were relied upon by the Bank. The customer(s) signed the form. The Bank opened the savings and/or checking account(s) listed on the signature card. The signature card was stored at and retrieved from the Bank's designated retention site(s).

■ **Check(s)**: The check(s) drawn on the customer(s) account(s) were presented to the Bank and paid. During the process of paying the check(s), a microfilm image of the front and back of the check(s) is taken in the sequence the check(s) is processed by the Bank. The microfilm/fiche is then stored in the Bank's secured facilities. In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the check(s).

☐ **Withdrawal Slip(s)/Deposit(s)**: The withdrawal(s) (as evidenced by a withdrawal slip) made by customer at a teller window and all deposits made either at a teller window or through an ATM are processed by the Bank at designated central processing centers. When the transaction is processed, a microfilm/fiche image of the front and back of the item is taken in the sequence the item is processed by the Bank. The microfilm/fiche is then stored in the Bank's secured facilities. In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the withdrawal slip(s)/deposit(s).

■ **Statement(s)**: Each monthly statement was prepared immediately after the closing date of the monthly account cycle as indicated on the statement(s). The statement(s) accurately reflects all debit entries (checks, point of sale, ATM, teller withdrawals, fees, etc.) and credits (deposits, etc.) which occurred on the account(s) during the monthly account cycle.

■ **Other**: Original records were prepared or received at or near the time of their creation and were stored by Bank in the ordinary course of business. Upon receipt of this subpoena, we searched and retrieved the original records and prepared a true and correct copy using generally accepted photocopying techniques.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____September 30_____, 2024
Date

_Trisha Holmes_ (signature)
Sign and print name   Trisha Holmes

**ELIZABETH CAROL FREEMAN**

35-1125
1130

1031

Date 7/21/17

PAY TO THE
ORDER OF _____ $ 220 00

Two Hundred Twenty _____ 00 DOLLARS

**Amegy**Bank.

**Platinum Checking**

P.O. Box 27459
Houston, Texas 77227-7459

Memo ____ Rolex _____

1828  1031

MP



ELIZABETH CAROL FREEMAN

35-1125
1130

1070

10/27/17
Date

PAY TO THE
ORDER OF _____ A_____ M_____ _____ $ 160 00

One Hunder Sixty _____ DOLLARS

AmegyBank.

P.O. Box 27459
Houston, Texas 77227-7459

Platinum Checking

Memo _____ Rocca

MP

⑆18 28⑈ 1070



ELIZABETH CAROL FREEMAN

35-1125
1130

1011

5/24/18 Date

PAY TO THE ORDER OF   _Lake Livingston Overhead Door_   $ 1694 33

_One Thousand Six Hundred Ninety four_   DOLLARS

**Amegy**Bank®

*Platinum Checking*

P.O. Box 27459
Houston, Texas 77227-7459

Memo   RIDGE / CAPE ROYALE   MP

Security Features
Included
Details on Back.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



ELIZABETH CAROL FREEMAN

35-1125
1130

1012

6/11/18
Date

PAY TO THE
ORDER OF ___ MULCH2 CO ___ $ 645 ⁰²

Six Hundred Fourty Five ___ ⁰²  DOLLARS

**AmegyBank.**

Platinum Checking

P.O. Box 27459
Houston, Tex

Memo ___ RIDGE COLDSPRING

⑆828⑆1012

⑆0023⑆2210⑆2018⑆0618⑆01

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

**ELIZABETH CAROL FREEMAN**

35-1125
1130

1099

7/6/2018
Date

PAY TO THE
ORDER OF ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     $ 160.00

One hundred sixty     DOLLARS

**Amegy**Bank.     *Platinum Checking*

P.O. Box 27459
Houston, Texas 77227-7459

Memo  Rolla

⑆18 28⑈ 1099

NP

**ELIZABETH CAROL FREEMAN**

35-1125
1130

1095

7/12/18  Date

PAY TO THE
ORDER OF  A███ M███  $ 730.00

Two hundred thirty _____ DOLLARS

**Amegy**Bank.

*Platinum Checking*

P.O. Box 27█
Houston, T█

Memo _____ and Lorla _____  MP

18 28█ 1095



ELIZABETH CAROL FREEMAN

35-1125
1130

1013

7/20/18
Date

PAY TO THE
ORDER OF  *LIVINGSTON OVERHEAD DOOR*            $ 466 55

*FOUR HUNDRED SIXTY SIX* 55 _____ DOLLARS

AmegyBank.                                    Platinum Checking

P.O. Box 27459
Houston, T__

Memo  RIDGE

1828  1013

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
DATE

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC *



ELIZABETH CAROL FREEMAN

36-1125
1130

1097

7/26/18 Date

PAY TO THE
ORDER OF

$ 250.00

Two hundred Fifty

DOLLARS

**Amegy**Bank.

Platinum Checking

P.O. Box 7____
Houston, T

Memo  Rolla

18 28 1097

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REMOTE DEPOSIT



ELIZABETH CAROL FREEMAN

36-1125
1130

1100

08/17/18
Date

PAY TO THE
ORDER OF _____ $ 460.00

Four hundred sixty _____ DOLLARS

**Amegy**Bank.                                    *Platinum Checking*

PO Box 27459
Houston, Texas 77227-7459

Memo 2 weeks                                                  MP

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



ELIZABETH CAROL FREEMAN

35-1125
1130

1101

08/23/18   Date

PAY TO THE
ORDER OF

$ 260.00

Two hundred sixty

DOLLARS

**Amegy**Bank.

Platinum Checking

P.O. Box
Houston

-Rolla

Mem

18 28 1 1 0 1

MP

ELIZABETH CAROL FREEMAN

35-1125
1130

1102

8/30/18
Date

PAY TO THE
ORDER OF _____  A█████ M████████  _____ $ 230.00

Two hundred thirty _____ DOLLARS

AmegyBank.

Platinum Checking

P.O. Box 27459
Houston, Texas 77227-7459

Memo Rolla

**ELIZABETH CAROL FREEMAN**

35-1125
1130

1103

9/6/18

Date

PAY TO THE
ORDER OF _____ $ 230.00

Two hundred thirty _____ DOLLARS

**Amegy**Bank.

*Platinum Checking*

P.O. Box 2
Houston, T

Memo _____ - Rolla

1828 1103

MP



ELIZABETH CAROL FREEMAN

35-1125
1130

1105

9/20/18
Date

PAY TO THE
ORDER OF

$ 250.00

Two hundred fifty                    DOLLARS

AmegyBank.                           Platinum Checking

P.O. Box 27459
Houston,

Memo                Rollo

4828 1105

Security Features
Included.
Details on Back



ELIZABETH CAROL FREEMAN

35-1125
1130

1107

10/3/18  Date

PAY TO THE ORDER OF _____ A_____ M._____  $ 250.00

Two hundred Fifty _____ DOLLARS

AmegyBank.                    Platinum Checking

P.O. Box 27459
Houston, Texas 77227-7459

Memo Rolla -

⑈8 28⑈ 1107



ELIZABETH CAROL FREEMAN

35-1125
1130

1109

10/18/18
Date

PAY TO THE
ORDER OF

$ 230.00

Two hundred thirty

DOLLARS

**Amegy**Bank.

Platinum Checking

P.O. Box
Houston,

Memo Bolla

NP

⑆828⑈ 1109



**ELIZABETH CAROL FREEMAN**

35-1125
1130

1053

10/16/18

Date

PAY TO THE
ORDER OF _____ Mulchz Go _____ | $ 487 02

Five Hundred Eighty Seven _____  02

**Amegy**Bank.

*Platinum Checking*

DOLLARS 🔒 Security Features
Included
Details on Back.

P.O. Box 27459
Houston, Texas 77227-7459

Memo FOR ___ RIDGE

MP

18 28 1053

ELIZABETH CAROL FREEMAN

35-1125
1130

1110

10/25/18
Date

PAY TO THE
ORDER OF _____ $ 230 00

Two hundred thirty —

DOLLARS

**Amegy**Bank.

Platinum Checking

P.O. Box 2____
Houston,

Memo

‪48 28‬ ‪1110‬

ELIZABETH CAROL FREEMAN

35-1125
1130

1111

11/01/18
Date

PAY TO THE
ORDER OF _____ $ 230 00

Two hundred thirty _____ DOLLARS 🔒 Security Features Included. Details on Back.

**Amegy**Bank.

Platinum Checking

P.O. Box
Houston

Memo _____ — Rolla

MP

⑆ 28⑆ 1111

ELIZABETH CAROL FREEMAN

35-1125
1130

1020

1/17/2019
Date

PAY TO THE
ORDER OF ▓▓▓▓ M ▓▓▓▓   $ 230.00

Two hundred Thirty                    DOLLARS

AmegyBank.                                    Platinum Checking

P.O. Box
Houston

Memo   Rolla

⑃828⑃ ⑃020



ELIZABETH CAROL FREEMAN

35-1125
1130

1021

1/24/19
Date

PAY TO THE
ORDER OF ___ A____ M_____ $ 230.00

Two hundred Thirty _____ DOLLARS

AmegyBank.

Platinum Checking

P.O. Box
Houston

Memo

**ELIZABETH CAROL FREEMAN**

1022

35-1125
—————
1130

1/31/2019
Date

PAY TO THE
ORDER OF ▮▮▮ M▮▮▮▮              $ 230.00

Two hundred thirty ————————      DOLLARS

**Amegy**Bank.

Platinum Checking

P.O. Box 27459
Houston, Texas 77227-7459

Memo Holla-

⑆828⑆ 1022

ELIZABETH CAROL FREEMAN

35-1125
1130

1025

2/2/2019
Date

PAY TO THE
ORDER OF _____  $ 230.00

Two hundred thirty
DOLLARS

**Amegy**Bank.

Platinum Checking

P.O. Box 27459
Houston, Texas 77227-7459

Memo Rolla

18 28 1025

MP

ELIZABETH CAROL FREEMAN

35-1125
————
1130

1026

2/28/2019
Date

PAY TO THE
ORDER OF ___ A██████ M██████ ___                    $ 280.00

Two hundred eighty ——————— DOLLARS 🔒  Security Features Included. Details on Back.

**AmegyBank.**                                         **Platinum Checking**

P.O. Box 27459
Houston, Texas 77227-7459
Memo /COffa

⑈8 28⑈ ⑈026

MP

**ELIZABETH CAROL FREEMAN**
21899 RIO VILLA DR. S
HOUSTON, TX 77049

35-1125
1130

1028

03/14/19 Date

PAY TO THE
ORDER OF _A▮▮▮ M▮▮▮_ $ 230.00

_Two hundred thirty_ DOLLARS 🔒 Security Features Included. Details on back.

**Amegy**Bank.

Platinum Checking

P.O. Box 27459
Houston, Texas 77227-7459

Memo _Rolla_

MP

⑆820⑆1028







**ELIZABETH CAROL FREEMAN**

1580

35 1125/1130

5/2 20 19

Pay to
the order of _____ $ 230.00

Two hundred Thirty _____ Dollars

**AMEGY BANK**
P.O. BOX 27459

Rolla

1828 1580







ELIZABETH CAROL FREEMAN

35-1125/1130

1616

11/20  20 19

Pay to the order of     MULCH 2 GO                    $ 660 17

SIX HUNDSED SIXTY        17                    Dollars

AMEGY BANK
P.O. BOX 27459
HOUSTON, TEXAS 77227-7459
AMEGYBANK.COM - 713-235-8810



ELIZABETH CAROL FREEM███

1828

8/8 20 20

Pay to the order of   CAPE ROYALE POA   $ 25—

TWENTY FIVE   Dollars

AMEGY BANK
P.O. BOX 27459
HOUSTON, TEXAS 77227-7459
AMEGYBANK.COM - 713-235-8810

For   ███ RIDGE JONES PERMIT   FEES

ELIZABETH CAROL FREEMAN

35-1125/1130

1647

12/23 20 2/

Pay to
the order of _____ ANN HARRIS BENNET _____ | $ 9,972 61

NINE THOUSAND NINE HUNDRED SEVENTY TWO _____ 61 _____ Dollars

AMEGY BANK
P O BOX 27459 89 00014 0147  01/03/22 Recvd 12/30/2021
HOUSTON, TEXAS 77227-7459
AN _____ 8310

_____ 0040



ELIZABETH CAROL FREEMAN

35-1125/1130

1714

11/2                  20 22

Pay to
the order of     SPRING BRANCH ISD              $ 11,985 00

ELEVEN THOUSAND NINE HUNDRED EIGHTY FIVE                  Dollars

AMEGY BANK
P.O. BOX 27459
HOUSTON, TEXAS 77227-7459
AMEGYBANK.COM • 713-235-9810

For                040                  ROLLA

⑆1828⑆ 1714



ELIZABETH CAROL FREEMAN

1721

35-1125/1130

12/19 20 22

Pay to the order of _AVLOH 2 GO_    $ 1181 16

One Thousand One Hundred Eighty One ——— Dollars

AMEGY BANK
P.O. BOX 27459
HOUSTON, TEXAS 77227-7459
AMEGYBANK.COM - 713-235-8810

For RIDGE

⑈28⑈ 1721

