United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO: 23-645** |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

**SUPPLEMENTAL COMPREHENSIVE SCHEDULING,
PRE-TRIAL & TRIAL ORDER**

A pretrial scheduling conference was held on Tuesday, October 29, 2024. Pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby:

**ORDERED**: that

1. As for Paragraph 5 of the Third Amended Comprehensive Scheduling Pre-Trial & Trial Order[1], the last sentence: "[t]he matter of the return of all fees and expenses in 21-30936 Brilliant Energy, LLC , however, will proceed to trial" is STRUCK. The matter of the return of all fees and expenses in 21-30936 are ABATED pending further orders of the Court.[2]

2. As for Paragraph 12 of the Third Amended Comprehensive Scheduling Pre-Trial & Trial Order[3], "Tuesday, November 19, 2024 briefing on the 28 U.S.C. § 455 matter is due. On November 20, 2024 the Court will take the matter under advisement and issue a ruling on whether the 28 U.S.C. § 455 should proceed to trial in the Brilliant Energy case only" is STRUCK.

3. The remainder of the Third Amended Comprehensive Scheduling Pre-Trial & Trial Order remain unchanged.

SIGNED October 31, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 516.
[2] Federal Rule of Civil Procedure 42(b) and Bankruptcy Rule of Procedure 7042 ("[f]or convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims.
[3] ECF No. 516.