UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **Professional Fee Matters Concerning the** § <br> **Jackson Walker Law Firm** § <br> § <br> § | Case No. 23-00645 (EVR) |

**NOTICE OF FILING OF PROPOSED ORDERS REGARDING THE UNITED STATES TRUSTEE'S EXPEDITED MOTION TO COMPEL PRODUCTION OF DOCUMENTATION FROM JACKSON WALKER LLP AND JACKSON WALKER LLP'S OBJECTION THERETO**
[Relates to Dkt. Nos. 495 & 514]

**PLEASE TAKE NOTICE** that on October 21, 2024, the United States Trustee for Region 7 (the "U.S. Trustee") filed his *Expedited Motion to Compel Production of Documentation from Jackson Walker* LLP [Dkt. No. 495] (the "Motion to Compel"). Jackson Walker LLP ("JW") filed its objection to the Motion to Compel on October 29, 2024 [Dkt. No. 514].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is JW's proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the U.S. Trustee's proposed form of order.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in these chapter 11 cases can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 31, 2024

| **NORTON ROSE FULBRIGHT US LLP** | **RUSTY HARDIN & ASSOCIATES, LLP** |
|---|---|
| */s/    Jason L. Boland*  | |
| Jason L. Boland (SBT 24040542) | Russell Hardin, Jr. (SBT 08972800) |
| William Greendyke (SBT 08390450) | Leah M. Graham (SBT 24073454) |
| Julie Harrison (SBT 24092434) | Jennifer E. Brevorka (SBT 24082727) |
| Maria Mokrzycka (SBT 24119994) | Emily Smith (SBT 24083876) |
| 1550 Lamar, Suite 2000 | 5 Houston Center |
| Houston, Texas 77010 | 1401 McKinney, Suite 2250 |
| Telephone: (713) 651-5151 | Houston, Texas 77010 |
| jason.boland@nortonrosefulbright.com | Telephone: (713) 652-9000 |
| william.greendyke@nortonrosefulbright.com | rhardin@rustyhardin.com |
| julie.harrison@nortonrosefulbright.com | lgraham@rustyhardin.com |
| maria.mokrzycka@nortonrosefulbright.com | jbrevorka@rustyhardin.com |
| | esmith@rustyhardin.com |
| Paul Trahan (SBT 24003075) | |
| Emily Wolf (SBT 24106595) | *Counsel for Jackson Walker LLP* |
| 98 San Jacinto Blvd., Suite 1100 | |
| Austin, Texas 78701 | |
| Telephone: (512) 474-5201 | |
| paul.trahan@nortonrosefulbright.com | |
| emily.wolf@nortonrosefulbright.com | |
| | |
| *Counsel for Jackson Walker LLP* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

>                               */s/ Jason L. Boland*
>                               Jason L. Boland