United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> **PROFESSIONAL FEE MATTERS CONCERNING** ) <br> **THE JACKSON WALKER LAW FIRM** ) <br> ) <br> ) <br> ) <br> ) | Misc. No. 23-00645 |

### ORDER REGARDING PRODUCTION OF JACKSON WALKER LLP
### PARTNERSHIP AGREEMENT

Came on for consideration the *Expedited Motion to Compel Production of Documentation from Jackson Walker LLP* [ECF No. 495] (the "Motion") filed by the United States Trustee ("U.S. Trustee") and the objection (the "Objection") filed by Jackson Walker LLP ("Jackson Walker") [ECF No. 514] thereto. The Court, having reviewed the Motion and Objection, and the parties having announced an agreement on the record as to the production and treatment of Jackson Walker's partnership agreement(s), the Court hereby ORDERS as follows:

1. Within five (5) business days of entry of this Order, Jackson Walker shall produce to the U.S. Trustee copies of its partnership agreement(s) in effect at any time between and including May 14, 2018, and December 1, 2022.

2. The partnership agreements shall be designated as "confidential" and shall be subject to the terms of the Stipulated Protective Order [Dkt. No. 202]; *provided, however*, that the U.S. Trustee shall not show, disclose or produce the partnership agreement(s) or any of its terms to any other persons or entities aside from the U.S. Trustee, his counsel, and his retained experts, absent further order of the Court. The rights of all persons or entities affected by this provision are reserved.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: November 01, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge