**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** **Professional Fee Matters Concerning the Jackson Walker Law Firm** | **Case No. 23-645** |

**UNITED STATES TRUSTEE'S NOTICE OF**
**A HEARING HELD IN DISTRICT OF OREGON**

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for the Southern District of Texas ("U.S. Trustee"), pursuant to the Court's comments at the hearing held on September 26, 2024, files this notice of a hearing held in the District of Oregon ("Notice").

On October 29, 2024, the District Court in Oregon held a hearing to consider the U.S. Trustee's *Expedited Motion to Compel Discovery* ("Motion to Compel") and Jackson Walker LLP's ("Jackson Walker") objection thereto.[1] That day, the Oregon District Court took the matter under advisement. Following oral argument, on October 31, Jackson Walker filed a supplemental brief in opposition to the U.S. Trustee's Motion to Compel. The U.S. Trustee intends to file a response no later than November 8. The matter remains under advisement.

Pursuant to the Court's *Third Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 516], discovery in this Miscellaneous Proceeding closes November 1, 2024.

Related to the litigation pending in the District of Oregon, this Court previously stated,

---

[1] In summary, the Motion to Compel argued that Jackson Walker waived its asserted privilege with Holland & Knight, its purported ethics counsel, and the court should compel discovery from Peter Jarvis and Jacquline Harvey, including document production and deposition testimony.

1

```
10          But I will allow the parties to continue forward in
11   the Oregon court to obtain a final order.  Once that has been
12   accomplished, then the United States Trustee will file a notice
13   on the Court's docket letting me know that it has been
14   concluded, and if the U.S. Trustee needs to seek further
15   modification of this Court's scheduling order, happy to take
16   that up on a motion, and as long as the U.S. Trustee show's
17   good cause for modification of those deadlines, then, you know,
18   happy to entertain what those modifications would be.|
```

The U.S. Trustee, therefore, files this notice to alert the Court that, if he prevails on his motion in the District of Oregon, the U.S. Trustee will seek relief from the Court to extend discovery deadlines to permit compliance with the Oregon District Court's order.

Date: November 1, 2024                      Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Alicia Barcomb*
MILLIE APONTE SALL
Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
VIANEY GARZA
Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
ALICIA BARCOMB
Trial Attorney
Tex. Bar No. 24106276/Fed ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov
        vianey.garza@usdj.gov
        alicia.barcomb@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means for CM/ECF system users on November 1, 2024.

*/s/ Alicia Barcomb*
Alicia Barcomb, Trial Attorney