United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

**ORDER
<u>SETTING HEARING</u>**
*Regarding ECF No. 526*

1. On **Tuesday, November 12, 2024, at 1:30 p.m. (Central Standard Time**), a hearing on the U S Trustee's Expedited Second Motion to Compel Production of Documentation from Jackson Walker, LLP[1] shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **<u>COURTROOM NO. 8B</u>**, 515 Rusk, Houston Texas, 77002.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. No later than **Tuesday, November 5, 2024**, the United States Trustee must serve a copy of this Order on all Jackson Walker, LLP and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED November 4, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 526.