United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: )<br>)<br>**PROFESSIONAL FEE MATTERS CONCERNING** )<br>**THE JACKSON WALKER LAW FIRM** )<br>)<br>)<br>) | Misc. No. 23-00645 |

### ORDER GRANTING THE UNITED STATES TRUSTEE'S EMERGENCY MOTION TO FILE DOCUMENT UNDER SEAL

The matter before the Court is the *United States Trustee's Emergency Motion to File Documents Under Seal* (the "Motion"). Having reviewed the Motion and determined that no other or further notice is required and that the motion sets forth good cause, it is

ORDERED that

1. The U.S. Trustee is authorized to file under seal the Attorney Sourcebook Index and must serve a copy of the sealed document on Jackson Walker, LLP through its counsel.

2. Notwithstanding Bankruptcy Local Rule 9037-1(f), the United States Trustee must not serve a copy of the sealed documents on any other party-in-interest.

3. This Order is issued without prejudice to any party seeking further relief.

4. This Court retains jurisdiction to interpret and enforce this Order.

Signed: November 07, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge