**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 23-645 | In re Professional Fee Matters Concerning the Jackson Walker Law Firm |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| Witnesses: | |
| Vianey Garza | Judge: The Honorable Eduardo V. Rodriguez |
| All persons listed on the witness list of any party | Courtroom Deputy: Ana Castro |
| Any rebuttal and/or impeachment witnesses | Hearing Date: November 12, 2024 |
| | Hearing Time: 1:30 p.m. |
| | Party's Name: Kevin Epstein, U.S. Trustee |
| | Attorney's Names: Brian Thill, Joel Charboneau, Vianey Garza |
| | Attorney's Phone: 202-322-7086 |
| | Nature of Proceeding: Hearing on *United States Trustee's Expedited Motion to Compel Production of Documentation from Jackson Walker LLP* [Dkt. No. 526] |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | U.S. Trustee's Third Request for Production of Documents to Jackson Walker LLP dated November 1, 2024 | | | | |
| 2 | Jackson Walker LLP's Production in Response to U.S. Trustee's Third Request for Production of Documents provided on October 1, 2024 | | | | |
| 3 | United States Trustee's First Request for Production of Documents to Jackson Walker LLP dated May 15, 2024 | | | | |
| 4 | Jackson Walker LLP's Responses and Objections to the U.S. Trustee's First Request for Production of Documents dated June 24, 2024 | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 5 | U.S. Trustee's email correspondence to Jackson Walker LLP dated October 30, 2024 | | | | |
| 6 | Jackson Walker LLP's Responses and Objections to the U.S. Trustee's Third Request for Production | | | | |
| 7 | Jackson Walker's email correspondence to U.S. Trustee dated November 1, 2024 | | | | |
| 8 | U.S. Trustee's Outlook calendar invitation to Jackson Walker sent November 1, 2024 | | | | |
| 9 | Jackson Walker Privilege Log #1 – Communications with Holland & Knight provided on July 26, 2024 | | | | |
| 10 | Jackson Walker's Privilege Log provided on September 24, 2024 | | | | |
| 11 | Jackson Walker's Privilege Log Parties provided on September 24, 2024 | | | | |
| 12 | Jackson Walker's First Amended Text Message Privilege Log provided on October 31, 2024 | | | | |
| 13 | Index to Jackson Walker LLP's Attorney Sourcebook (*Filed Under Seal*) | | | | |
| | Any document, pleading, exhibits, transcripts, orders, or other documents filed in the above captioned case | | | | |
| | All exhibits presented or designated by any other party in interest for the hearing | | | | |
| | All impeachment and/or rebuttal exhibits | | | | |

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

[Signature Page Follows]

Date: November 8, 2024

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
    Millie Aponte Sall, Assistant U.S. Trustee
    Tex. Bar No. 01278050/Fed. ID No. 11271
    Vianey Garza, Trial Attorney
    Tex. Bar No. 24083057/Fed. ID No. 1812278
    Alicia L. Barcomb, Trial Attorney
    Tex. Bar No. 24106276/Fed. ID No. 3456397
    515 Rusk, Suite 3516
    Houston, Texas 77002
    (713) 718-4650 – Telephone
    (713) 718-4670 – Fax
    Email: millie.sall@usdoj.gov
           vianey.garza@usdoj.gov
           alicia.barcomb@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2024 a copy of the foregoing *U.S. Trustee's Witness and Exhibit List for Hearing Scheduled on November 12, 2024* was served on the parties entitled to notice through the Court's ECF system.

By: */s/ Vianey Garza*
    Vianey Garza

3