EXHIBIT 2

| | | |
|---|---|---|
| >>>>> MC | **Matthew Cavenaugh** <​█████​> | 3/11/2021, 11:34 AM |
| >>>>> | IMG_3905.gif https://p21-content.icloud.com/M550D8ACDB82CF05F5934A5901AD2DE2CE92B60493AFA5B1CDD60AE3489350C2A.C01USN00 | |

Receipts • Veronica Polnick <​█████​> [R:3/11/2021, 11:34 AM]

| | | |
|---|---|---|
| >>>>> MC | **Matthew Cavenaugh** <​█████​> | 3/11/2021, 11:34 AM |
| >>>>> | NICE.  So we were asking the right questions, huh? | |

Receipts • Veronica Polnick <​█████​> [R:3/11/2021, 11:34 AM]

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 11:34 AM |
| >>>>> | Yup | |

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:15 PM |
| >>>>> | Yeah Matt start us off | |

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:15 PM |
| >>>>> | Anything new? | |

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | Have we considered hiring a PR firm? | |

| | | |
|---|---|---|
| >>>>> MC | **Matthew Cavenaugh** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | We have. And we did | |

Receipts • Veronica Polnick <​█████​> [R:3/11/2021, 2:53 PM]

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | Oh great | |

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | Who did we hire? | |

| | | |
|---|---|---|
| >>>>> MC | **Matthew Cavenaugh** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | Androvett | |

Receipts • Veronica Polnick <​█████​> [R:3/11/2021, 2:53 PM]

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | Very cool | |

| | | |
|---|---|---|
| >>>>> MC | **Matthew Cavenaugh** <​█████​> | 3/11/2021, 2:53 PM |
| >>>>> | And Lisa lemaster | |

Receipts • Veronica Polnick <​█████​> [R:3/11/2021, 2:53 PM]

| | | |
|---|---|---|
| >>>>> VP | **Veronica Polnick** <​█████​> | 3/11/2021, 2:54 PM |
| >>>>> | | |

File *"c2f61f01-ea0d-4aa8-aee2-86bc363799f4.gif"* is missing.
Image: ~_Library_SMS_Attachments_f1_01_at_0_6188E39D-261C-44A0-AEE1-AF171DECD00D_567AA0A8-6118-4378-8E8F-30AAB621BD4F.gif

| | | |
|---|---|---|
| >>>>> | **Veronica Polnick** <​█████​> | 3/11/2021, 2:54 PM |
| >>>>> | 567AA0A8-6118-4378-8E8F-30AAB621BD4F.gif | |

VP   https://p27-content.icloud.com/M3AF91A17122B807DD37F46EB364AE71F8ADA73245841EE1D81776B404CB777B4.C01USN00

>>>>>   **Veronica Polnick** <▇▇▇▇▇>                                    ◁ 3/11/2021, 2:54 PM
>>>>>   That's great. Does Liz know?
VP

>>>>>   **Matthew Cavenaugh** <▇▇▇▇▇>                                  ▷ 3/11/2021, 2:58 PM
>>>>>   No
MC

    Receipts • Veronica Polnick <▇▇▇▇▇>  [R:3/11/2021, 2:59 PM]

>>>>>   **Veronica Polnick** <▇▇▇▇▇>                                    ◁ 3/11/2021, 2:59 PM
>>>>>   Ok
VP

>>>>>   **Veronica Polnick** <▇▇▇▇▇>                                    ◁ 3/11/2021, 2:59 PM
>>>>>   Vault: activated
VP

>>>>>   **Veronica Polnick** <▇▇▇▇▇>                                    ◁ 3/11/2021, 2:59 PM
>>>>>   ...again
VP

>>>>>   **Veronica Polnick** <▇▇▇▇▇>                                    ◁ 3/11/2021, 4:14 PM
>>>>>   Welp Ciara saw the van deelen stuff
VP