IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § Chapter 11 <br> Professional Fee Matters Concerning § <br> the Jackson Walker Law Firm § Case No. 23-00645 (EVR) <br> § <br> § | |

### JACKSON WALKER LLP'S WITNESS AND EXHIBIT LIST
### FOR HEARING SCHEDULED ON NOVEMBER 12, 2024

[Relates to Dkt. No. 526]

| | |
|---|---|
| **Main Case No**: 23-00645 (EVR) | **Miscellaneous Proceeding:** Professional Fee Matters Concerning the Jackson Walker Law Firm |
| **Witnesses:** | |
| 1. Laura Steele, Trial Attorney, United States Trustee Program | **Judge:** Eduardo V. Rodriguez |
| 2. Brian P. Thill, Trial Attorney, United States Trustee Program | **Courtroom Deputy:** Ana Castro |
| 3. All persons listed on the witness list of any party; and | **Hearing Date**: November 12, 2024 |
| 4. Any rebuttal and/or impeachment witnesses. | **Hearing Time**: 1:30 p.m. |
| | **Party's Name:** Jackson Walker LLP |
| | **Attorneys' Names**:   Jason L. Boland <br> Paul Trahan <br> Julie Harrison <br> Russell Hardin, Jr. <br> Leah Graham <br> Emily Smith |
| | **Attorneys' Phone:**   (713) 651-5151 <br> (713) 652-9000 |
| | **Nature of Proceeding:** Hearing on the United States Trustee's *Expedited Motion to Compel Production of Documentation from Jackson Walker LLP* [Dkt. No. 526]. |

- 1 -

- 2 -

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above-captioned case, including any exhibits and attachments thereto | | | | |
| 2. | Any exhibit designated by any other party | | | | |
| 3. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Jackson Walker LLP ("JW") reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. JW also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Reminder of Page Intentionally Left Blank]*

Dated: November 8, 2024

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone:  (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Jason L. Boland*
   Jason L. Boland