United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **PROFESSIONAL FEE MATTERS CONCERNING** ) | Misc. No. 23-00645 |
| **THE JACKSON WALKER LAW FIRM** ) | |
| ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTATION FROM JACKSON WALKER LLP**

Came on for consideration the United States Trustee's ("U.S. Trustee") *Expedited Second Motion to Compel Production of Documentation from Jackson Walker LLP* (the "Motion"), and the Court having reviewed and considered the Motion, any responses filed thereto, and the argument of counsel, finds that the relief requested should be granted. It is therefore

**ORDERED** that

1. No later than 5:00 p.m (CST) November 15, 2024, Jackson Walker shall produce to the U.S. Trustee copies of the following:

    a. Documents between Jackson Walker and any public relations and/or communications firm discussing, analyzing, or referring to the Relationship[1] between Elizabeth C. Freeman and former Judge David R. Jones

    b. Documents evidencing the effective dates of the version history for Jackson Walker's Attorney Sourcebook from January 1, 2018, through October 6, 2023

    c. Jackson Walker's Attorney Sourcebook version 9 sections: II(A-C), (E-F), and (I); IV(O & (U); and XX, and all corresponding sections if the Attorney Sourcebook was updated between January 1, 2018, and October 6, 2023.

2. The documents produced in response to 1.b and 1.c above shall be designated as "confidential" and shall be subject to the terms of the Stipulated Protective Order [ECF No. 202].

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: November 12, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] As that term was defined in the Motion.