United States Bankruptcy Court
Southern District of Texas

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ENTERED**

November 13, 2024

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-645** |
| **Professional Fee Matters Concerning the Jackson** | § | |
| **Walker Law Firm** | § | |

**ORDER**
*Resolving ECF No. 350, 386*

Pending before the Court are two matters self-styled as "The United States Trustee's Expedited Motion To Quash Subpoenas"[1] filed by Mr. Kevin M. Epstein, United States Trustee Region 7, Southern and Western Districts of Texas on September 25, 2024 and "Jackson Walker LLP's Objection to the United States Trustee's Expedited Motion to Quash Subpoenas"[2] filed by Jackson Walker, LLP on October 7, 2024.

On October 8, 2024, the Court held a hearing and for all the reasons stated in this Court's accompanying Memorandum Opinion it is therefore:

**ORDERED:** that

1. "Jackson Walker LLP's Objection to the United States Trustee's Expedited Motion to Quash Subpoenas"[3] filed by Jackson Walker LLP on October 7, 2024, is SUSTAINED.

2. "The United States Trustee's Expedited Motion To Quash Subpoenas"[4] filed by Mr. Kevin M. Epstein, United States Trustee Region 7, Southern and Western Districts of Texas, on September 25, 2024, is DENIED.

3. Jackson Walker, LLP is granted leave to conduct the depositions of (1) Mr. Kevin M. Epstein; (2) Mr. Henry Hobbs; and (3) Ms. Millie Sall pursuant to Federal Rule of Civil Procedure 30 no later than Monday, December 2, 2024.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED November 13, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 350.
[2] ECF No. 386.
[3] ECF No. 386.
[4] ECF No. 350.