UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-00645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |
| | § | |

**STIPULATION AND AGREED ORDER EXTENDING
CERTAIN DEADLINES SET BY THIRD AMENDED SCHEDULING ORDER**

WHEREAS, on October 29, 2024, this Court entered the *Third Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 516] ("Third Amended Scheduling Order"), in which the Court ordered the following:

**Friday, November 22, 2024,** the United States Trustee and Jackson Walker may submit an agreed written consent order designating their own mediator and agreement to attend a mediation of this Miscellaneous Proceeding in good faith. If no such request is made by this date, and absent good cause shown beyond the control of the lawyers and/or Parties and only in very limited circumstances the Parties may not thereafter seek mediation in this Miscellaneous Proceeding. Instead, the parties should prepare for a trial on the merits[;]

**Monday, December 2, 2024,** all Dispositive Motions, if any, are due[; and]

**Tuesday, December 31, 2024,** responses [to dispositive motions], if any, are due.

WHEREAS, the United States Trustee ("U.S. Trustee") and Jackson Walker LLP ("Jackson Walker") have been conferring in good faith to resolve some or all the issues presented in this case. The parties believe that they will benefit from continuing these discussions but also wish to preserve the opportunity to seek mediation at a later date should they mutually agree that it is appropriate to mediate the dispute.

WHEREAS, the U.S. Trustee and Jackson Walker will seek appropriate relief from this Court by January 17, 2025, to proceed with mediation if the parties possess a good-faith belief that any remaining dispute can be mediated at a later date.

WHEREAS, the U.S. Trustee and Jackson Walker agree that the deadlines by which dispositive motions must be filed, and any responses thereto, should each be extended by a period of 14 days.

Accordingly, upon agreement among the U.S. Trustee and Jackson Walker, it is therefore

ORDERED THAT

1. The Friday, November 22, 2024, deadline set forth in Paragraph 13 of the Third Amended Scheduling Order is extended to Friday, January 17, 2025.

2. All dispositive motions, if any, must be filed no later than Monday, December 16, 2024.

3. All responses to dispositive motions, if any, must be filed no later than Tuesday, January 14, 2025.

4. All other deadlines set forth in the Third Amended Scheduling Order remain in effect absent further order of this Court.

**AGREED AND ENTRY REQUESTED:**

<table>
<tr><td>

**OFFICE OF THE UNITED STATES TRUSTEE**

By: */s/ Alicia Barcomb*
Alicia Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: Alicia.barcomb@usdoj.gov

*Counsel for Kevin M. Epstein, United States Trustee Region 7*

</td><td>

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Jason L. Boland (with permission)*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

</td></tr>
</table>