United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | Case No. 23-00645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |
| § | |

**STIPULATION AND AGREED ORDER**
**RELATED TO FILING WITNESS & EXHIBITS LISTS**

WHEREAS, on October 29, 2024, this Court entered the *Third Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 516] ("Third Amended Scheduling Order"), in which the Court ordered the following:

**Thursday, February 27, 2025**, Initial Witness and Exhibit Lists must be exchanged. Copies of the exhibits must be attached to the Witness & Exhibit List and filed in compliance with General Order 2021-5[; and]

**Thursday, March 13, 2025**, the Parties must jointly prepare and file a proposed form of pretrial order. The proposed form of order must be signed by counsel for all Parties and must provide the following:

. . .

d. for each party, separately file a Witness and Exhibit List along with exhibits to be used at trial and which must include:

i. a list of depositions, if any, to be used at trial for purposes other than potential impeachment with identification of specific pages and lines proposed to be published to the Court;

ii. designation of witnesses to be presented by deposition;

iii. compliance with General Order 2021-5;

WHEREAS, the United States Trustee ("U.S. Trustee") and Jackson Walker LLP ("Jackson Walker") agree that the parties will exchange initial witness and exhibit lists no later than February 27, 2025, and the parties will not file their respective initial witness and exhibit lists or exhibits on the Court's docket to avoid duplicative filing of voluminous documents.

WHEREAS, the U.S. Trustee and Jackson Walker will each file on the Court's docket their witness and exhibit lists, including exhibits, in compliance with General Order 2021-5, no later than March 13, 2025.

Accordingly, upon agreement among the U.S. Trustee and Jackson Walker, it is therefore

ORDERED THAT

1. The second sentence of paragraph 17 of the Third Amended Scheduling Order is STRUCK. Paragraph 17 of the Third Amended Scheduling Order now states as follows: **Thursday, February 27, 2025**, Initial Witness and Exhibit Lists must be exchanged.

2. All other requirements set forth in the Third Amended Scheduling Order, as previously modified, remain in effect absent further order of this Court.

Signed: January 10, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**AGREED AND ENTRY REQUESTED:**

<div style="display: flex;">

**OFFICE OF THE UNITED STATES TRUSTEE**

By: */s/ Alicia Barcomb*
Alicia Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: Alicia.barcomb@usdoj.gov

*Counsel for Kevin M. Epstein, United States Trustee Region 7*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Julie Harrison (with permission)*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

</div>