United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-00645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |
| | § | |

### STIPULATION AND AGREED ORDER
### RELATED TO FILING WITNESS & EXHIBITS LISTS

WHEREAS, on October 29, 2024, this Court entered the *Third Amended Comprehensive Scheduling, Pre-Trial & Trial Order* [ECF No. 516] ("Third Amended Scheduling Order"), in which the Court ordered the following:

**Thursday, February 27, 2025**, Initial Witness and Exhibit Lists must be exchanged. Copies of the exhibits must be attached to the Witness & Exhibit List and filed in compliance with General Order 2021-5[; and]

**Thursday, March 13, 2025**, the Parties must jointly prepare and file a proposed form of pretrial order. The proposed form of order must be signed by counsel for all Parties and must provide the following:

. . .

d. for each party, separately file a Witness and Exhibit List along with exhibits to be used at trial and which must include:

i. a list of depositions, if any, to be used at trial for purposes other than potential impeachment with identification of specific pages and lines proposed to be published to the Court;

ii. designation of witnesses to be presented by deposition;

iii. compliance with General Order 2021-5;

WHEREAS, the United States Trustee ("U.S. Trustee") and Jackson Walker LLP ("Jackson Walker") agree that the parties will exchange initial witness and exhibit lists no later than February 27, 2025, and the parties will not file their respective initial witness and exhibit lists or exhibits on the Court's docket to avoid duplicative filing of voluminous documents.

WHEREAS, the U.S. Trustee and Jackson Walker will each file on the Court's docket their witness and exhibit lists, including exhibits, in compliance with General Order 2021-5, no later than March 13, 2025.

Accordingly, upon agreement among the U.S. Trustee and Jackson Walker, it is therefore

ORDERED THAT

1. The second sentence of paragraph 17 of the Third Amended Scheduling Order is STRUCK. Paragraph 17 of the Third Amended Scheduling Order now states as follows: **Thursday, February 27, 2025**, Initial Witness and Exhibit Lists must be exchanged.

2. All other requirements set forth in the Third Amended Scheduling Order, as previously modified, remain in effect absent further order of this Court.

Signed: January 10, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**AGREED AND ENTRY REQUESTED:**

| | |
|---|---|
| **OFFICE OF THE UNITED STATES TRUSTEE** | **NORTON ROSE FULBRIGHT US LLP** |

By: */s/ Alicia Barcomb*
Alicia Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: Alicia.barcomb@usdoj.gov

*Counsel for Kevin M. Epstein, United States Trustee Region 7*

By: */s/ Julie Harrison (with permission)*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com

-and-

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

United States Bankruptcy Court
Southern District of Texas

| In re: | Case No. 23-00645-evr |
|---|---|
| Professional Fee Matters Concerning the Debtor | Chapter |

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: pdf111 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | ++ | FOX ROTHSCHILD LLP, 321 N CLARK, CHICAGO IL 60654-4614 address filed with court:, Gordon E. Gouveia, Fox Rothschild LLP, 321 N. Clark Street, Suite 1600, Chicago, IL 60654 |
| intp | + | Elizabeth Freeman, c/o Tom Kirkendall, Law Office of Tom Kirkendall, 2 Violetta Ct, The Woodlands, TX 77381-4550 |
| intp | + | Patrick Bartels, 945 Heights, Houston, TX 77008-6911 |
| intp | + | Randy W. Williams, Chapter 7 Trustee, 7924 Broadway, Suite 104, Pearland, TX 77581-7933 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ggouveia@foxrothschild.com | Jan 10 2025 20:00:00 | Gordon E. Gouveia, Fox Rothschild LLP, 321 N. Clark Street, Suite 1600, Chicago, IL 60654 |
| aty | + | Email/Text: msweet@foxrothschild.com | Jan 10 2025 20:00:00 | Michael A. Sweet, Fox Rothschild LLP, 325 California St., Suite 2200, San Fancisco, CA 94104-2600 |
| intp | ^ | MEBN | Jan 10 2025 20:04:10 | Randy W. Williams, Chapter 7 Trustee, 7924 Broadway, Suite 104, Pearland, TX 77581-7933 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Copper Sub Corporation Inc |
| intp | | Daniel R. Williams of JS Held, LLC, the Plan Admin |
| intp | | David Dunn |
| intp | | David Dunn |
| intp | | David Scheer |
| intp | | Dorothy Scheer |
| intp | | EXCO Resources, Inc. |
| intp | | Hornbeck Offshore Services, Inc. |
| res | | Jackson Walker L.L.P. |
| intp | | Jacob Scheer |
| intp | | James Scheer |
| intp | | Mesquite Energy, Inc. |
| intp | | Michael D. Van Deelen, Individually and as Co-Trus |
| intp | | Morton S. Bouchard, III, Individually and as Co-Tr |
| intp | | Noah Scheer |
| res | | Official Committee Of Unsecured Creditors of 4E Br |
| intp | | Old Copper Company Inc |
| intp | | Paul Pollard |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf111 | Total Noticed: 5 |

| | |
|---|---|
| intp | Timothy Delasandro |
| intp | Torey Scheer |

TOTAL: 20 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2025              Signature:       /s/Gustava Winters