# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-00645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |
| § | |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO STRIKE REBUTTAL EXPERT REPORT AND EXCLUDE EXPERT OPINION TESTIMONY OF RENEE KNAKE JEFFERSON**

The matter before the Court is the United States Trustee's Motion to Strike Rebuttal Expert Report and Exclude Expert Opinion Testimony of Renee Knake Jefferson (the "Motion"). Having reviewed the Motion, attachments to the Motion, and determined that no other or further notice is required, the Court finds that the report of Renee Knake Jefferson is not a rebuttal report, and that Renee Knake Jefferson is not qualified to testify as an expert in this matter. For good cause shown, it is

    **ORDERED** that

    1.    The Motion is **GRANTED** in its entirety and pursuant to Fed. R. Civ. P. 37(c)(1), Jackson Walker is: prohibited from using the report of Renee Knake Jefferson; and is prohibited from calling Renee Knake Jefferson as an expert witness.

    2.    This Court retains jurisdiction to interpret and enforce this Order.