# EXHIBIT B

```
 1              UNITED STATES BANKRUPTCY COURT
 2                SOUTHERN DISTRICT OF TEXAS
 3
 4   - - - - - - - - - - - - - - - -
 5   IN RE:                          )
 6   PROFESSIONAL FEE MATTERS        ) CASE NO.
 7   CONCERNING JACKSON WALKER       ) 23-00645 (EVR)
 8   LAW FIRM,                       ) CHAPTER 11
 9             Debtor.               )
10   - - - - - - - - - - - - - - - -
11
12     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
13   SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED AND USED
14                 ONLY IN ACCORDANCE THEREWITH
15
16
17           DEPOSITION OF VICTORIA N. ARGEROPLOS
18                WEDNESDAY, AUGUST 21, 2024
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22      BY:  CAMILLE A. BRUESS, RPR, TEXAS CSR NO. 3824
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA  94104
25                                      (415) 597-5600
```

```
 1      A.  Yes.
 2      Q.  Okay.
 3      A.  Oh, and Rebecca.
 4      Q.  And, uh, again that's Ms. Chaikin, correct?
 5      A.  Yes.
 6      Q.  Okay.
 7            MR. EZELL:  Okay.  We pass the witness.
 8   Thank you.
 9            MS. GRAHAM:  We reserve our right, uh, to
10   question the witness at trial.  Spencer, can we go off
11   the record and talk about the next deposition?
12            MR. EZELL:  Yes.
13            (Discussion off the record)
14            MS. GRAHAM:  Back on the record.  We just
15   want to make it clear for the record that the witness
16   reserves the right to read and sign.
17            THE REPORTER:  I'm going to ask would
18   counsel like to order a copy?
19            MS. GRAHAM:  Yes.
20            (Deposition concluded at 11:06 a.m.)
21
22
23            _____
24                 VICTORIA N. ARGEROPLOS
25
```

```
 1  STATE OF TEXAS    )
 2                    ) ss.
 3  COUNTY OF HARRIS  )
 4           I, Camille A. Bruess, Certified Shorthand
 5  Reporter in and for the State of Texas and Registered
 6  Professional Reporter, hereby certify to the following:
 7           That the witness, VICTORIA N. ARGEROPLOS, was
 8  duly sworn by the officer and that the transcript of the
 9  oral deposition is a true record of the testimony given
10  by the witness to the best of my ability;
11           I further certify that I am neither attorney
12  nor counsel for, related to, nor employed by any of the
13  parties in the action in which this testimony was taken.
14           Further, I am not a relative or employee of
15  any attorney of record in this cause, nor am I
16  financially or otherwise interested in the outcome of
17  the action.
18           Subscribed and sworn to on this 3rd day of
19  September, 2024.
20  Reading and signing was: requested.
21
22
23
24           CAMILLE A. BRUESS, RPR, TEXAS CSR NO. 3824
25           Expiration Date:  4/30/25
```

```
 1              UNITED STATES BANKRUPTCY COURT
 2                SOUTHERN DISTRICT OF TEXAS
 3
 4   - - - - - - - - - - - - - -
 5   IN RE:                          )
 6   PROFESSIONAL FEE MATTERS        ) CASE NO.
 7   CONCERNING THE JACKSON          ) 23-00645 (EVR)
 8   WALKER LAW FIRM                 )
 9          Debtor                   )
10   - - - - - - - - - - - - - -
11
12   THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION SUBJECT
13   TO A PROTECTIVE ORDER AND SHALL BE TREATED AND USED ONLY IN
14                    ACCORDANCE THEREWITH
15
16
17          DEPOSITION OF PATRICK R. COWLISHAW
18               THURSDAY, AUGUST 1, 2024
19
20
21        BEHMKE REPORTING AND VIDEO SERVICES, INC.
22            BY:  MICHELLE R. PROPPS, CSR NO. 2738
23                 550 CALIFORNIA STREET, SUITE 820
24                 SAN FRANCISCO, CALIFORNIA  94104
25                                    (415) 597-5600
```

```
 1              MR. HARDIN:  That's okay.  I just
 2   didn't hear it.
 3       Q.   (By Mr. Lemmon)  So what I want to make
 4   sure is that I understand what you're saying.
 5              So instead of making what you
 6   consider to be a half-truthful disclosure, instead
 7   the firm determined to make no disclosure.  Correct?
 8       A.   The way I would say it is instead of
 9   making a -- you know, a half-truth disclosure, the
10   firm decided to separate itself from Ms. Freeman.
11       Q.   Thank you.
12              MR. LEMMON:  I have no further
13   questions.
14              MR. HARDIN:  Nor do I.  We reserve
15   our questions.
16              MS. ROFAEL:  And I have just one
17   question on re-direct that will be brief, just to
18   clarify.
19                   FURTHER EXAMINATION
20   QUESTIONS BY MS. ROFAEL:
21       Q.   Mr. Cowlishaw, regarding the restriction
22   that was in place for Ms. Freeman surrounding --
23   involving cases assigned to Judge Jones, that
24   restriction extended beyond her appearing before
25   Judge Jones or signing pleadings.  Correct?
```

```
 1    STATE OF TEXAS     )
 2    COUNTY OF HARIIS   ) ss.
 3              I hereby certify that the witness in the
 4    foregoing deposition, PATRICK R. COWLISHAW was by me
 5    duly sworn to testify to the truth, the whole truth,
 6    and nothing but the truth, in the within-entitled
 7    cause;  that said deposition was taken at the time
 8    and place herein named;  and that the deposition is a
 9    true record of the witness's testimony as reported by
10    me, a duly certified shorthand reporter and a
11    disinterested person, and was thereafter transcribed
12    into typewriting by computer.
13              I further certify that I am not interested
14    the outcome of the said action, nor connected with
15    nor related to any of the partied in said action, nor
16    to their respective counsel.
17              IN WITNESS WHEREOF, I have hereunto set my
18    hand this 14th day of August, 2024.
19    Read and sign was:
20    _x_ requested ___ waived ___ not requested
21
22                         [signature: Michelle R. Propps]
23
24                         MICHELLE R. PROPPS, CSR NO. 2738
25                         Expiration Date 10-31-25
```

```
 1              UNITED STATES BANKRUPTCY COURT
 2                SOUTHERN DISTRICT OF TEXAS
 3
 4     - - - - - - - - - - - - - - -
 5     IN RE:                        )
 6     PROFESSIONAL FEE              ) CASE NO.
 7     MATTERS CONCERNING THE        ) 23-00645 (EVR)
 8     JACKSON WALKER LAW FIRM,      )
 9              Debtor               )
10     - - - - - - - - - - - - - - -
11
12     THIS TRANSCRIPT AND ITS EXHIBITS CONTAIN INFORMATION
13     SUBJECT TO A PROTECTIVE ORDER AND SHALL BE TREATED AND
14              USED ONLY IN ACCORDANCE THEREWITH
15
16
17              DEPOSITION OF C. WADE COOPER
18                 TUESDAY, AUGUST 13, 2024
19
20
21           BEHMKE REPORTING AND VIDEO SERVICES, INC.
22       BY:  CAMILLE A. BRUESS, RPR, TEXAS CSR NO. 3824
23                   550 CALIFORNIA STREET, SUITE 820
24                   SAN FRANCISCO, CALIFORNIA  94104
25                                   (415) 597-5600
```

1

18    MR. EZELL:  All right.  We're going to reserve our rights and pass the witness.

19    MR. HARDIN:  Okay.  Now reserve your
20    rights, are you speaking of the issue that you say that
21    you might want to take to the court?  That's what you're
22    talking about?  Okay.  I will -- we will reserve our
23    rights to question.  Thank you.
24    THE REPORTER:  Is there anyone on Zoom
25    that would like a copy of the transcript?

```
 1  STATE OF TEXAS      )
 2                      ) ss.
 3  COUNTY OF HARRIS    )
 4          I, Camille A. Bruess, Certified Shorthand
 5  Reporter in and for the State of Texas and Registered
 6  Professional Reporter, hereby certify to the following:
 7          That the witness, C. WADE COOPER, was duly
 8  sworn by the officer and that the transcript of the
 9  oral deposition is a true record of the testimony given
10  by the witness to the best of my ability;
11          I further certify that I am neither attorney nor
12  counsel for, related to, nor employed by any of the
13  parties in the action in which this testimony was taken.
14          Further, I am not a relative or employee of any
15  attorney of record in this cause, nor am I financially
16  or otherwise interested in the outcome of the action.
17          Subscribed and sworn to on this 22nd day of
18  August, 2024.
19  Reading and signing:
20  _x_ requested ___ waived ___ not requested
21
22
23
24          CAMILLE A. BRUESS, RPR, Texas CSR #3824
25          Expiration Date:  4/30/25
```

```
 1                UNITED STATES BANKRUPTCY COURT
 2                  SOUTHERN DISTRICT OF TEXAS
 3
 4       - - - - - - - - - - - - - - - -
 5     IN RE:                           )
 6     PROFESSIONAL FEE MATTERS         ) CASE NO.
 7     CONCERNING JACKSON WALKER        ) 23-00645 (EVR)
 8     LAW FIRM,                        ) CHAPTER 11
 9              Debtor.                 )
10       - - - - - - - - - - - - - - - -
11
12
13
14
15              DEPOSITION OF KRISTHY M. PEGUERO
16                  WEDNESDAY, AUGUST 21, 2024
17
18
19
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22       BY:  CAMILLE A. BRUESS, RPR, TEXAS CSR NO. 3824
23                     550 CALIFORNIA STREET, SUITE 820
24                     SAN FRANCISCO, CALIFORNIA  94104
25                                         (415) 597-5600
```

```
 1  again, I just -- I think that's a mischaracterization.
 2       Q.  Did Ms. Freeman make any indication during your
 3  conversation that the relation -- the intimate
 4  relationship had terminated?
 5       A.  No, but I did not inquire.
 6       Q.  Did you understand after the conversation with
 7  Ms. Freeman and Ms. Polnick, did you understand the
 8  intimate relationship to be the reason for Ms. Freeman's
 9  leaving Jackson Walker?
10       A.  Yes.  She did say that that was part of -- yes,
11  she said that was one of the reasons why she left.
12               MR. EZELL:  Okay.  I will pass the
13  witness.
14               MS. GRAHAM:  We'll reserve our questions
15  for trial and, uh, Camille, we'd like to read and sign.
16               THE REPORTER:  Okay.  Would counsel like
17  to order a copy?
18               MS. GRAHAM:  Yes, please.  I believe we
19  have a standing order.
20               (Deposition concluded at 3:38 p.m.)
21
22
23                   _____
24                       KRISTHY M. PEGUERO
25
```

```
 1  STATE OF TEXAS      )
 2                      ) ss.
 3  COUNTY OF HARRIS    )
 4           I, Camille A. Bruess, Certified Shorthand
 5  Reporter in and for the State of Texas and Registered
 6  Professional Reporter, hereby certify to the following:
 7           That the witness, KRISTHY M. PEGUERO, was
 8  duly sworn by the officer and that the transcript of the
 9  oral deposition is a true record of the testimony given
10  by the witness to the best of my ability;
11           I further certify that I am neither attorney
12  nor counsel for, related to, nor employed by any of the
13  parties in the action in which this testimony was taken.
14           Further, I am not a relative or employee of
15  any attorney of record in this cause, nor am I
16  financially or otherwise interested in the outcome of
17  the action.
18           Subscribed and sworn to on this 3rd day of
19  September, 2024.
20  Reading and signing was: requested.
21
22
23
24           CAMILLE A. BRUESS, RPR, TEXAS CSR NO. 3824
25           Expiration Date:  4/30/25
```