# EXHIBIT D

Videotaped Deposition of  Tammy Kuhar

```
                                                              1
 1                     UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION
                       CASE NO.  23-645
 3
     ------------------------
 4                                        DEPOSITION UPON
     IN RE:                               ORAL EXAMINATION
 5                                               OF
     PROFESSIONAL FEE MATTERS          JONATHAN LIPSON
 6   CONCERNING THE JACKSON
     WALKER LAW FIRM
 7
     ------------------------
 8
                         THIS TRANSCRIPT AND ITS EXHIBITS
 9   CONTAIN INFORMATION SUBJECT TO A PROTECTIVE ORDER
     AND SHALL BE TREATED AND USED ONLY IN ACCORDANCE
10   THEREWITH.

11

12              T R A N S C R I P T of testimony

13   taken stenographically by and before STEPHANIE

14   LYN RAHN, License No. 975352, a Registered

15   Professional Reporter and Notary Public of the

16   State of New Jersey, at Office of the United

17   States Trustee, 900 Market Street, Suite 320,

18   Philadelphia, Pennsylvania on Wednesday, November

19   13, 2024 commencing at 10:37 in the forenoon.

20

21

22

23

24

25
```

Videotaped Deposition of  Tammy Kuhar

20

```
 1   a former student of mine under the name of
 2   Lawyering for Entrepreneurship.
 3         Q     And did you ever teach
 4   professional responsibility or lawyers ethics as
 5   a professor at the University of Baltimore?
 6               MR. CHARBONEAU:  Objection,
 7   form.
 8         A     As a stand alone course, no, but
 9   ethics is taught in every course I teach.
10         Q     So was it part of your
11   curriculum?
12         A     Yes, in the commercial
13   transactions course, part of one of the problems
14   involves tension between the attorney and client,
15   one of the attorneys and one of the clients and
16   issues involving problems of dual representation
17   and disclosure.
18         Q     And just so I am clear because
19   there was an objection, am I accurate in saying
20   so you have never taught professional
21   responsibility at the University of Baltimore
22   when you were there?
23         A     Correct, as a stand alone
24   course, I did not.
25         Q     Did you publish while you were
```

Videotaped Deposition of   Tammy Kuhar

21

```
 1  at the University of Baltimore?
 2          A       I did, I published, goodness,
 3  three or four larger papers and several smaller
 4  shorter papers.
 5          Q       In what area of legal focus were
 6  those papers on?
 7          A       My early papers, they are
 8  focused on fraudulent transfer law and
 9  bankruptcy; my later papers, they're focused on
10  article nine of the Uniform Commercial Code.
11          Q       Did any of them involve focus on
12  the ABA Model Rules of Ethics?
13          A       They did not.
14          Q       Did any of them involve the
15  focus on the Texas Rules of Disciplinary
16  Procedure?
17          A       They did not.
18          Q       Where did you go after the
19  University of Baltimore?
20          A       In 2004 I was recruited to teach
21  at Temple Law School in Philadelphia.
22          Q       And how long were you at Temple
23  after 2004?
24          A       I have been at Temple on and off
25  since 2004.
```

Videotaped Deposition of  Tammy Kuhar

22

1  Q   And what were you recruited to
2  teach?
3  A   I was recruited to teach
4  Lawyering for Entrepreneurship which at the time
5  had a slightly different name, I was recruited to
6  teach payments systems, articles three and four
7  of the Uniform Commercial Code, and article nine
8  of the Uniform Commercial Code, secure
9  transactions.
10  Q   While you have been at Temple,
11  have you ever taught professional
12  responsibilities as a course?
13  A   As a stand alone course, no.
14  Q   Okay.  You are making a
15  distinction of a stand alone course.  So have you
16  included it in some form or fashion in your other
17  courses?
18  A   Yes, I believe there is a view
19  amongst some scholars that ethics and
20  professional responsibility should be taught
21  throughout the curriculum and I am supportive of
22  that view, and so certainly every course I teach
23  currently will involve some moment to focus on
24  ethical issues that might arise.
25  Q   And does any of that focus

23

1  involve the Texas Rules of Disciplinary
2  Procedure?
3         A       Not to my knowledge, no.
4         Q       Do they involve the ABA Model
5  Rules?
6         A       Yes.
7         Q       They do.  In particular, what
8  rules are you focused on?
9         A       The rules involving conflicts of
10 interest and disclosure usually, so I can't
11 remember the numbers exactly but the duty that a
12 client has to -- that a lawyer has to inform a
13 client about actual or potential conflicts, the
14 duty to inform a client of their opportunity to
15 seek other counsel, to perhaps decide to waive
16 that conflict, duties of candor to courts and to
17 third-parties, I believe it's 4.1, I believe,
18 maybe.
19                Those are the sorts of things
20 that we address in most of the classes that I
21 teach at some point not throughout the whole
22 course.
23        Q       Okay.  And I'll come back to it,
24 butter I think maybe this would be a good point
25 for us to pull up some of your CV so we can look

27

1  UCLA Law Review 1189 (2003).
2       Q       I'll go back for a second while
3  we have your Baltimore publications if we could,
4  which is just for purposes of the record, the
5  publications that appear above casebooks up
6  through Directors' Duties to Creditors.  Which if
7  any of these focus on the rules of professional
8  conduct, the Texas Disciplinary Rules of
9  Professional Conduct if any?
10               MR. CHARBONEAU:  Objection to
11 form.
12      A       Sorry, can you clarify the
13 question.
14      Q       Do any of these involve
15 examination, consideration or study of the rules,
16 Texas Rules of Disciplinary Conduct?
17               MR. CHARBONEAU:  Objection,
18 form.
19      A       They do not.  They do not.
20      Q       Do any of them involve focus,
21 examination or study on the ABA Model Ethical
22 Rules?
23               MR. CHARBONEAU:  Objection,
24 form.
25      A       I don't think so with one

Videotaped Deposition of   Tammy Kuhar

35

1   Securitization, a Sur-Reply to Professor Schwarz
2   85 7 Southern California Law Review, 1301 (2012)
3   were all written while I was at the University of
4   Wisconsin.
5              The two following papers, Stern
6   Serious, the Article I Judicial Power, Fraudulent
7   Transfers and Leveraged Buyouts, as well as from
8   a Whisper to a Scream, The Supreme Court Does
9   Little to Fix its Supreme Court Mess 2014
10  Wisconsin L Rev Online 1, both of those were
11  started when I was at the University of Wisconsin
12  but as I am sure you understand, academic
13  articles take time and so I continued to work on
14  those while I was back at Temple and I was back
15  at Temple when they appeared.
16       Q      In the range of articles that
17  you mentioned here, did any of them focus on the
18  ABA Model Rules of Professional Conduct?
19       A      Again, you are using the word
20  focus --
21       Q      Largely center on?
22       A      No.
23       Q      Did any of them focus on the
24  Texas Disciplinary Rules of Professional Conduct?
25       A      No.

38

```
 1       A       I don't believe any discuss
 2  those rules.
 3       Q       And do any discuss the Texas
 4  Disciplinary Rules of Procedural Conduct?
 5       A       No, I don't believe so.
 6       Q       Okay.  Your recent professional
 7  and community activity section, could you review
 8  this, is this list complete and accurate?  And in
 9  particular if this helps, I am interested in
10  your, is it complete and accurate as to your
11  involvement in legal or law related
12  organizations?
13       A       I would say it is definitely
14  accurate, it is substantially complete, it is
15  possible that I left one or too small things off.
16       Q       Well, let me ask you this, have
17  you ever served on a section involving a law or
18  legal organization that involves consideration of
19  ethical rules governing lawyers?
20               MR. CHARBONEAU:  Objection to
21  form.
22       A       Tell me what the word involve
23  means?
24       Q       Sure, serving on a committee,
25  for example, an advisory committee for ethical
```

Videotaped Deposition of   Tammy Kuhar

39

1   rules.
2        A        The -- I am active in the
3   business law section of the American Bar
4   Association and they do not have a designated
5   ethics committee.  When I was the chair of the
6   business law education committee, we put on a
7   program involving ethics in transactional
8   practice.
9                 But other than that, no, I have
10  not sat on a formal committee involving ethics.
11       Q        Okay.  And have you ever served
12  in any capacity of drafting or editing an ethics
13  textbook?
14       A        No.
15       Q        Okay.  Could we flip the page
16  and go to your significant expert engagements.
17  Could we start within In Re: Enron Corp, and you
18  were a consulting expert to the official
19  committee of unsecured creditors.  Could you
20  broadly describe what your work entailed, what
21  sort of expert opinions were you offering?
22       A        Sure.  In Enron, I was retained
23  as an expert by the official committee of
24  unsecured creditors on questions really involving
25  the role of the lawyers at Enron prior to

Videotaped Deposition of  Tammy Kuhar

148

1  CERTIFICATE OF OFFICER

2

3                    I CERTIFY that the foregoing is
4  a true and accurate transcript of the testimony
5  and proceedings as reported stenographically by
6  me at the time, place and on the date as
7  hereinbefore set forth.
8                    I DO FURTHER CERTIFY that I am
9  neither a relative nor employee nor attorney nor
10 counsel of any of the parties to this action, and
11 that I am neither a relative nor employee of such
12 attorney or counsel, and that I am not
13 financially interested in the action.
14
15
16
17
18
19
20
                                *Stephanie Lyn Rahn*
21                             _____
22                             STEPHANIE LYN RAHN
                               License No. 975352
23                             Notary Public of the
                               State of New Jersey
24                             My Commission Expires
                               April 18, 2027
25