# EXHIBIT A

**From:** "Thill, Brian P. (USTP)" <Brian.P.Thill@usdoj.gov>
**Date:** January 28, 2025 at 2:01:31 PM CST
**To:** Emily Smith <esmith@rustyhardin.com>, "Jason L. Boland" <jason.boland@nortonrosefulbright.com>, Maria Mokrzycka <maria.mokrzycka@nortonrosefulbright.com>, Julie Goodrich Harrison <julie.harrison@nortonrosefulbright.com>, Paul Trahan <paul.trahan@nortonrosefulbright.com>, Rusty Hardin <rhardin@rustyhardin.com>, Emily Wolf <emily.wolf@nortonrosefulbright.com>
**Cc:** "Barcomb, Alicia (USTP)" <Alicia.Barcomb@usdoj.gov>, "Sall, Millie (USTP)" <Millie.Sall@usdoj.gov>, "Charboneau, Joel (USTP)" <Joel.Charboneau@usdoj.gov>, "Garza, Vianey (USTP)" <Vianey.Garza@usdoj.gov>, "Steele, Laura (USTP)" <Laura.Steele@usdoj.gov>
**Subject: Lipson expert supplementation**

See the attached from Mr. Lipson. An upload of the actual supplemental documentation referenced in the attachment was provided last week.

**Brian P. Thill**
Trial Attorney
Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715
(202) 760-5030 Mobile
(608) 210-5646 Direct
(608) 264-5522 Main