United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

### ORDER
*Concerning ECF No. 574*

Pending before the Court is a single matter self-styled as "Jackson Walker LLP's Motion to Strike the Supplemental Report of Jonathan C. Lipson"[1] (the "*Motion to Strike*") filed by Jackson Walker L.L.P. ("*Jackson Walker*") on January 30, 2025. The Motion to Strike requests that this Court strike the "Supplemental Expert Report of Professor Jonathan C. Lipson Regarding Certain Disclosure and Ethics Matters"[2] (the "*Supplemental Report*") pursuant to Federal Rule of Civil Procedure ("*Rule*") 37.[3] However, the Motion to Strike does not include the Supplemental Report. As this Court explained in *Tex. Gen. Land Off. v. Pearl Res. LLC*, when evaluating Rule 37, the Court looks to four factors including "the importance of the testimony or evidence."[4] Thus, the Court must review the Supplemental Report to efficiently address the Motion to Strike. Accordingly, it is therefore:

**ORDERED:** that

1. Jackson Walker L.L.P. is granted until 12:00 p.m. (CST) February 7, 2025, to file a copy of the "Supplemental Expert Report of Professor Jonathan C. Lipson Regarding Certain Disclosure and Ethics Matters"[5] with the Clerk of Court.

SIGNED February 6, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 574.
[2] ECF No. 574-3.
[3] ECF No. 574 at 2.
[4] 2023 Bankr. LEXIS 2936, 2023 WL 8642303 (S.D. Tex. 2023).
[5] ECF No. 574-1.