IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning the Jackson Walker Law Firm | §<br>§<br>§   Case No. 23-00645 (EVR)<br>§<br>§<br>§ |

**JACKSON WALKER LLP'S NOTICE OF FILING OF THE SUPPLEMENTAL EXPERT REPORT OF PROFESSOR JONATHAN C. LIPSON REGARDING CERTAIN DISCLOSURES AND ETHICS MATTERS**
[Relates to Dkt. Nos. 574 & 575]

**PLEASE TAKE NOTICE** that on February 6, 2025, this Court issued an Order granting Jackson Walker LLP ("JW") leave to file the *Supplemental Report of Professor Jonathan C. Lipson Regarding Certain Disclosure and Ethics Matters* (the "Supplemental Report").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Order, JW hereby files the Supplemental Report, attached hereto as **Exhibit A.**

*[Remainder of Page Left Intentionally Blank]*

Dated: February 7, 2025

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*