United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

**ORDER**
*Regarding ECF Nos. 569, 570, 571 & 574*

The Court will conduct an evidentiary hearing on the following pending motions to strike and exclude expert reports and opinions filed by Mr. Kevin Epstein, United States Trustee, Region 7 for the Southern and Western Districts of Texas and by Jackson Walker, LLP, (the "*Parties*"):

a. "United States Trustee's Motion To Strike Rebuttal Expert Report And Exclude Expert Opinion Testimony Of Renee Knake Jefferson"[1] filed on January 30, 2025 by Mr. Kevin Epstein, United States Trustee, Region 7 for the Southern and Western Districts of Texas.

b. "Jackson Walker LLP's Motion To Strike The Report And To Exclude The Opinions Of Richard J. Davis"[2] filed on January 30, 2025 by Jackson Walker, LLP.;

c. "Jackson Walker LLP's Motion To Exclude The Opinions And Testimony Of Jonathan C. Lipson"[3] filed on January 30, 2025 by Jackson Walker, LLP; and

d. "Jackson Walker LLP's Motion To Strike The Supplemental Report Of Jonathan C. Lipson"[4] filed on January 30, 2025 by Jackson Walker, LLP.

In order to properly schedule the pending motions to strike, the Court deems it necessary to issue the instant order, it is therefore

**ORDERED** that:

1. Not later than **Monday, February 17, 2025** the Parties must meet and confer and file a Joint Notice with the Clerk of Court that sets forth the following:

   a. The total overall amount of time the Parties will require for this hearing;

   b. Whether the Parties would prefer an in person hearing in Houston, Texas; electronic hearing only or a hybrid (i.e. in person in McAllen or Brownsville Texas with the electronic appearance of parties and witnesses permitted);

---

[1] ECF No. 569.
[2] ECF No. 570.
[3] ECF No. 571.
[4] ECF No. 574.

    c. The Parties may jointly contact the Court's case manager, Ms. Jeannie Chavez, via email at norma_j_chavez@txs.uscourts.gov to check on the Court's availability;

    d. Any other accommodation the Parties may require;

2. No later than **Monday, February 10, 2025**, the United States Trustee must serve a copy of this Order on Jackson Walker, LLP and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

3. If the Parties are unable to reach an agreement as to 1(a) and (b) of this Order, the Court will make its own determination and schedule the hearing at its earliest convenience.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED February 7, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge