United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

## ORDER
## RE-SETTING HEARING
*Regarding ECF Nos. 569, 570, 571 and 574*

1. Due to a change in the Court's calendar, the hearing set for Tuesday, March 18, 2025, at 9:00 a.m. (Central Standard Time) on the following matters is hereby **re-scheduled for Thursday, February 27, 2025, at 9:00 a.m.** **(Central Standard Time)** and shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 8B**, 515 Rusk, Houston Texas, 77002:

   a. "United States Trustee's Motion to Strike Rebuttal Expert Report and Exclude Expert Opinion Testimony Of Renee Knake Jefferson"[1] filed on January 30, 2025 by Mr. Kevin Epstein, United States Trustee, Region 7 for the Southern and Western Districts of Texas.

   b. "Jackson Walker LLP's Motion to Strike the Report and To Exclude the Opinions Of Richard J. Davis"[2] filed on January 30, 2025 by Jackson Walker, LLP;

   c. "Jackson Walker LLP's Motion to Exclude the Opinions and Testimony of Jonathan C. Lipson"[3] filed on January 30, 2025 by Jackson Walker, LLP; and

   d. "Jackson Walker LLP's Motion to Strike the Supplemental Report of Jonathan C. Lipson"[4] filed on January 30, 2025 by Jackson Walker, LLP.

2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties **MUST HAVE TWO SEPARATE DEVICES** to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

---

[1] ECF No. 569.
[2] ECF No. 570.
[3] ECF No. 571.
[4] ECF No. 574.

5. For any witnesses and exhibits, parties must utilize **Form No. 1-100** "Witness & Exhibit List" which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v rodriguez.

6. No later than **Friday, February 21, 2025**, the United States Trustee must serve a copy of this Order on Jackson Walker, LLP and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED February 20, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge