IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**Professional Fee Matters Concerning the Jackson Walker Law Firm** | Case No. 23-00645 |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION
BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by the United States Trustee

2. This Notice pertains to the matters scheduled for hearing in this case on February 27, 2025, at 9:00 a.m. (prevailing Central Time).

3. The party filing this Notice intends to call (1) Jonathan C. Lipson and (2) Richard J. Davis to testify at the scheduled hearing or trial by telephone and video technology:

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

Date: February 20, 2025

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Vianey Garza*
Millie Aponte Sall, Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
Alicia L. Barcomb, Trial Attorney
Tex. Bar No. 24106276/Fed. ID No. 3456397
515 Rusk, Suite 3516
Houston, Texas 77002

(713) 718-4650 – Telephone  
(713) 718-4670 – Fax  
Email: millie.sall@usdoj.gov  
vianey.garza@usdoj.gov  
alicia.barcomb@usdoj.gov

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 20, 2025 a copy of the foregoing *United States Trustee's Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology* was served on the parties entitled to electronic notice through the Court's CM/ECF system.

       By: */s/ Vianey Garza*  
        Vianey Garza