IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning<br>the Jackson Walker Law Firm | §<br>§<br>§   Case No. 23-00645 (EVR)<br>§<br>§<br>§ |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for the New York City office of Quinn Emanuel Urquhart & Sullivan, LLP, counsel to David R. Jones, has changed from:

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

to:

Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, New York 10016

PLEASE TAKE FURTHER NOTICE that the phone number (212-849-7000) remains the same.

*[Remainder of Page Intentionally Left Blank]*

- 2 -

Respectfully submitted this 24th day of February 2025.

            **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

            <u>/s/ *Joanna D. Caytas*</u>
            Joanna D. Caytas
            SBN 24127230
            700 Louisiana Street, Suite 3900
            Houston, Texas 77002
            Telephone: (713) 221-7000
            Email: joannacaytas@quinnemanuel.com

            -and-

            Benjamin I. Finestone (admitted *pro hac vice*)
            295 5th Avenue
            New York, New York 10016
            Telephone: (212) 849-7000
            Email: benjaminfinestone@quinnemanuel.com

            *Counsel to David R. Jones*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on February 24, 2025, a true and correct copy of the foregoing document was served through the Court's Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas.

Dated: February 24, 2025

*/s/ Joanna D. Caytas*
Joanna D. Caytas
