IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Professional Fee Matters Concerning<br>the Jackson Walker Law Firm | §<br>§<br>§   Case No. 23-00645 (EVR)<br>§<br>§<br>§ |

## NOTICE OF REQUEST FOR TESTIMONY OF DAVID R. JONES

In accordance with the *Guide to Judiciary Policy*, Vol. 20, Ch. 8, and in view of the Court's Order at ECF No. 141, David R. Jones hereby notifies the Court, as the determining officer, of his receipt of the United States Trustee's *Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding)*, attached as **Exhibit A** hereto (the "UST Subpoena").

David R. Jones remains in discussions with the United States Trustee regarding avoiding the need for Jones' live trial testimony in these proceedings, including in light of the testimony already provided in the Court-supervised deposition having taken place on September 19, 2024 pursuant to the Court's Orders at ECF No. 292 and 304.  Should the discussions with the United States Trustee prove unsuccessful, Jones reserves the right to request the Court to grant relief quashing the UST Subpoena.

*[Remainder of Page Intentionally Left Blank]*

- 2 -

Dated: February 24, 2025

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        */s/ Joanna D. Caytas*
        Joanna D. Caytas
        SBN 24127230
        700 Louisiana Street, Suite 3900
        Houston, Texas 77002
        Telephone: (713) 221-7000
        Email: joannacaytas@quinnemanuel.com

        -and-

        Benjamin I. Finestone (admitted *pro hac vice*)
        295 5th Avenue
        New York, New York 10016
        Telephone: (212) 849-7000
        Email: benjaminfinestone@quinnemanuel.com

        *Counsel to David R. Jones*