# WITNESS AND EXHIBIT LIST
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Misc. Proceeding No:** | 23-00645 (EVR) |
| **Style of Misc. Proceeding:** | In re Professional Fee Matters Concerning the Jackson Walker Law Firm |
| **Hearing/Trial Date:** | February 27, 2025 |
| **Hearing Time:** | 9:00 a.m. (CST) |
| **Party's Name:** | Jackson Walker LLP |
| **Attorney's Name:** | Jason L. Boland          Russell Hardin, Jr.<br>Paul Trahan              Jennifer Brevorka<br>Julie Harrison           Emily Smith |
| **Attorney's Phone:** | (713) 651-5151          (713) 652-9000 |
| **Nature of Proceeding(s):** | Hearing on: (1) United States Trustee's Motion to Strike Rebuttal Expert Report and Exclude Expert Opinion Testimony Of Renee Knake Jefferson [Dkt. No. 569]; (2) Jackson Walker LLP's Motion to Strike the Report and To Exclude the Opinions Of Richard J. Davis [Dkt. No. 570]; (3) Jackson Walker LLP's Motion to Exclude the Opinions and Testimony of Jonathan C. Lipson [Dkt. No. 571]; and (4) Jackson Walker LLP's Motion to Strike the Supplemental Report of Jonathan C. Lipson [Dkt. No. 574] |

## WITNESS LIST

| | |
|---|---|
| **Lay Witnesses:** | Any witness listed, offered, or called by any other party |
| | Any witness required for rebuttal or impeachment |
| **Expert Witnesses:** | |
| | |

## REBUTTAL/ IMPEACHMENT WITNESSES

| | |
|---|---|
| **Lay Witnesses:** | |

|  |  |
|---|---|
| **Expert Witnesses:** | Renee Jefferson |
|  |  |

| Ex. No. | Description | For Court Use Only |||
|---|---|---|---|---|
|  |  | Offered | Objection | Disposition |
|  |  |  |  |  |
| 1. | Expert Report of Richard J. Davis, with attachments |  |  |  |
| 2. | Engagement letter from United States Trustee to Jonathan C. Lipson, dated September 5, 2024 |  |  |  |
| 3. | Expert Report of Jonathan C. Lipson, with attachments, dated September 30, 2024 |  |  |  |
| 4. | Supplemental Expert Report of Jonathan C. Lipson, with attachments, dated January 27, 2025 |  |  |  |
| 5. | Rebuttal Expert Report of Renee Knake Jefferson, with attachments, dated Dec. 3, 2024 |  |  |  |
| 6. | Email from Brian P. Thill to Emily Smith, et al., entitled Lipson Expert Supplementation; dated January 28, 2025 |  |  |  |
| 7. | Resume of Dean Nance, Doc. No. 51-4, Exhibit A, from *Stinson v. U.S. Postal Serv.*, No. 22-01775 (S.D. Tex. Mar. 27, 2024) |  |  |  |
| 8. | Nance Report, Doc. No. 51-4, Exhibit B, from *Stinson v. U.S. Postal Serv.*, No. 22-01775 (S.D. Tex. Mar. 27, 2024) |  |  |  |
| 9. | Resume of Michael Whiteaker, Doc. No. 14-3, from Banks v. Centauri Specialty Ins. Co., No. 18-2008 (S.D. Tex. June 17, 2019) |  |  |  |
| 10. | Report of Michael Whiteaker, Doc. No. 13-12, from *Banks v. Centauri Specialty Ins. Co.*, No. 18-2008 (S.D. Tex. June |  |  |  |

|     |                                                             |  |  |  |
|-----|-------------------------------------------------------------|--|--|--|
|     | 17, 2019)                                                   |  |  |  |
| 11. | Any exhibits listed, designated, or offered by any other party |  |  |  |
| 12. | Any exhibits necessary for rebuttal                         |  |  |  |
| **REBUTTAL/IMPEACHMENT EXHIBITS** ||||| 
|     |                                                             |  |  |  |
| 1.  |                                                             |  |  |  |
| 2.  |                                                             |  |  |  |

## RESERVATION OF RIGHTS

Jackson Walker LLP ("Jackson Walker") reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. JW also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter or any of the underlying bankruptcy cases.

*[Reminder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 25, 2025 | Respectfully submitted, |
| **NORTON ROSE FULBRIGHT US LLP** | **RUSTY HARDIN & ASSOCIATES, LLP** |

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William Greendyke (SBT 08390450)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
Emily Wolf (SBT 24106595)
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
paul.trahan@nortonrosefulbright.com
emily.wolf@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

*/s/ Jennifer E. Brevorka*
Russell Hardin, Jr. (SBT 08972800)
Leah M. Graham (SBT 24073454)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

## CERTIFICATE OF SERVICE

I certify that on February 25, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Jason L. Boland*
    Jason L. Boland