# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | |
| **Name of Debtor:** | |

| | |
|---|---|
| **Adversary Case No:** | 23-00645 |
| **Style of Adversary:** | In re Professional Fee Matters Concerning the Jackson Walker Law Firm |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | Yes | No |
|---|---|---|
| | | X |
| | **Date** | **CM/ECF No.** |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | February 27, 2025 |
| **Hearing Time:** | 9:00 a.m. |
| **Party's Name:** | United States Trustee |
| **Attorney's Name:** | Jaime Pena |
| **Attorney's Phone:** | |
| **Nature of Proceeding(s):** | Jackson Walker's Motion to Strike Expert Report of and Exclude Testimony from Jonathan Lipson [ECF #571] and the United States Trustee's Response [ECF #592]<br><br>Jackson Walker's Motion to Strike Supplement to Expert Report of Jonathan Lipson [ECF #574] and the United States Trustee's Response [ECF #593]<br><br>United States Trustee's Motion to Strike Expert Report of and Exclude Testimony from Renee Knake Jefferson [ECF #569] and Jackson Walker's Response [ECF #590]<br><br>Jackson Walker's Motion to Strike Expert Report of and Exclude Testimony from Richard Davis [ECF #570] and the United States Trustee's Response [ECF #591] |

Last Revised February 18, 2025

| WITNESS LIST | |
|---|---|
| Lay Witnesses: | Vianey Garza |
| Expert Witnesses: | Jonathan Lipson |
| | Richard Davis |
| | Renee Knake Jefferson[1] |
| **REBUTTAL/ IMPEACHMENT WITNESSES** | |
| Lay Witnesses: | |
| Expert Witnesses: | |

| Ex. No. | Description | For Court Use Only | | |
|---|---|---|---|---|
| | | Offered | Objection | Disposition |
| 1. | Expert Report of Jonathan Lipson | | | |
| 2. | Supplemental Expert Report of Jonathan Lipson | | | |
| 3. | Partial Transcript of Jonathan Lipson's Deposition | | | |
| 4. | Nancy B. Rapoport, *Am I My Colleague's Keeper When It Comes To Disclosing Connections?* 40 Emory Bankr. Dev. J. 333 (2024) | | | |
| 5. | Expert Report of Richard Davis | | | |
| 6. | Communications Between Jackson Walker and Outside Ethics Counsel<br><br>6-1 – March 8, 2021, email from Cowlishaw to Jarvis | | | |

---

[1] The U.S. Trustee lists Ms. Jefferson here because Jackson Walker, LLP has designated her as its expert and, as set forth in the motion, the U.S. Truste is seeking her disqualification as a rebuttal expert. This categorization is not an admission that Ms. Jefferson is qualified to opine as an expert in this matter.

Last Revised February 18, 2025

| | | | | |
|---|---|---|---|---|
| | (H&K_0000001)<br><br>6-2 – March 9, 2021, email from Jarvis to Cowlishaw (H&K_00000051)<br><br>6-3 – September 22, 2021, Jarvis Opinion Letter<br><br>6-4 – May 3, 2022, email from Jenkins to Jarvis (H&K_00000890-H&K_00000892)<br><br>6-5 – May 3, 2022, email from Cowlishaw to Jarvis (H&K_0000985-H&K_0000986)<br><br>6-6—May 10, 2022 email from Harvey to Jarvis (H&K_0002087)<br><br>6-7 – May 11, 2022, email from Jenkins to Harvey, Cowlishaw, and Jarvis (H&K_0002246)<br><br>6-8 – May 30, 2022, email from Jenkins to Jarvis, Harvey, Cowlishaw, and Cooper (H&K_0002691-H&K_0002695)<br><br>6-9 – June 2, 2022, email from Harvey to Jenkins, Jarvis, Cowlishaw with attached June 2, 2022, Opinion Letter (H&K_0002810-H&K_0002814) | | | |
| 7. | Communications Between Jackson Walker Agents and Androvett Legal Media & Marketing **(To be Filed Under Seal Pursuant to Protective Order)**<br><br>7-1 March 9, 2021, Email Thread Between Annick and Malin, Cowlishaw, and Frieden (JW_00030140-JW_00020143) **(confidential)**<br><br>7-2 – March 10, 2021, Email Thread Between Malin and Annick, Frieden (JW_00030043-JW_00030048) **(confidential)** | | | |

| # | Description | | | |
|---|---|---|---|---|
| 8. | Redacted Confidential Withdrawal Agreement (JW_000017326-JW_00017329) | | | |
| 9. | Partial Transcript of Ross Forbes's Deposition as Corporate Representative | | | |
| 10. | Partial Transcript of Joshua Sussberg's Deposition **(Redacted)**[2] | | | |
| 11. | Partial Transcript of Anna Rotman's Deposition **(Redacted)** | | | |
| 12. | Transcript of Veronica Polnick's Deposition | | | |
| 13. | Expert Report of Renee Knake Jefferson | | | |
| 14. | Partial Transcript of Deposition of Renee Knake Jefferson | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |

---

[2] An unredacted copy of Mr. Sussberg's deposition will be filed under seal.

| REBUTTAL/IMPEACHMENT EXHIBITS | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: February 25, 2025

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: /s/ Vianey Garza
Vianey Garza, Trial Attorney
Tex. Bar No. 24083057/Fed. ID No. 1812278
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: Vianey.Garza@usdoj.gov

Last Revised February 18, 2025