UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** <br><br> **Professional Fee Matters Concerning the Jackson Walker Law Firm** | **Case No. 23-645** |

## UNITED STATES TRUSTEE'S NOTICE REGARDING EXHIBITS

PLEASE TAKE NOTICE that, on February 25, 2025, the U.S. Trustee filed a Witness and Exhibit List [ECF No. 600] for a hearing in the above-captioned case scheduled for February 27, 2025, at 9:00 a.m., which inadvertently included an incorrect document and excluded an exhibit. As such, the U.S. Trustee includes with this notice a corrected Exhibit 6-7 and Exhibit 14.

[*Signature Page Follows*]

1

Date: February 25, 2025                    Respectfully Submitted,

                                              KEVIN M. EPSTEIN
                                              UNITED STATES TRUSTEE
                                              REGION 7, SOUTHERN AND WESTERN
                                              DISTRICTS OF TEXAS

                                              By: */s/ Alicia Barcomb*
                                              MILLIE APONTE SALL
                                              Assistant U.S. Trustee
                                              Tex. Bar No. 01278050/Fed. ID No. 11271
                                              VIANEY GARZA
                                              Trial Attorney
                                              Tex. Bar No. 24083057/Fed. ID No. 1812278
                                              ALICIA BARCOMB
                                              Trial Attorney
                                              Tex. Bar No. 24106276/Fed ID No. 3456397
                                              515 Rusk, Suite 3516
                                              Houston, Texas 77002
                                              (713) 718-4650 – Telephone
                                              (713) 718-4670 – Fax
                                              Email: millie.sall@usdoj.gov
                                                        vianey.garza@usdj.gov
                                                        alicia.barcomb@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served by electronic means for CM/ECF system users on February 25, 2025.

                                              */s/ Alicia Barcomb*
                                              Alicia Barcomb, Trial Attorney