Corrected

**EXHIBIT 6-7**

From: Jenkins, William[wjenkins@jw.com]
Sent: Wed 5/11/2022 12:41:20 AM Coordinated Universal Time
To: Harvey, Jacqueline (POR - X52939)[Jacqueline.Harvey@hklaw.com]
Cc: Cowlishaw, Pat[pcowlishaw@jw.com]; Jarvis, Peter R (POR - X55877)[Peter.Jarvis@hklaw.com]
Subject: Re: Call regarding tomorrow's disclosure

[External email]
We are not going to include the proposed disclosure at this time. We may amend once we have a game plan.

William R. Jenkins, Jr.
Partner
Jackson Walker LLP
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Telephone 817-334-7214
Telecopier 817-334-7290

On May 10, 2022, at 7:09 PM, Harvey, Jacqueline (POR - X52939) <Jacqueline.Harvey@hklaw.com> wrote:

**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**

William, Pat,

I filled Peter in that the firm has a disclosure due to the Court tomorrow. Are you available to discuss the disclosure language tonight or early tomorrow before the filing is due? Also, is it your understanding that an extension for filing this disclosure cannot be sought?

Please let us know your availability at your earliest convenience.

**Jacqueline Harvey | Holland & Knight**
She/Her/Hers
Associate
Holland & Knight LLP
601 Southwest 2nd Avenue #1800 | Portland, Oregon 97204
Phone 503.517.2939 | Fax 503.241.8014
50 California Street, Suite 2800 | San Francisco, California 94111
Phone 415.743.6977 | Fax 415.743.6910
jacqueline.harvey@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.