United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the Jackson** | § | |
| **Walker Law Firm** | § | |

## AMENDED COMPREHENSIVE SCHEDULING, PRE-TRIAL & TRIAL ORDER

A pretrial scheduling conference was held on **Thursday, February 27, 2025.** Under authority of Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby:

**ORDERED**: that the following deadlines and settings shall apply in the above referenced adversary:

1. The deadlines contained in paragraphs 1- 16 of this Court's October 29, 2024 Scheduling Order filed at ECF No. 516 remain in place.

2. **Thursday, March 13, 2025,** Witness and Exhibit Lists must be exchanged.

3. **Thursday, March 20, 2025,** Counsel must meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order. The court intends that this will be a substantive, good faith effort to resolve issues. Therefore, trial counsel (lead counsel) are required to attend this meeting in person or virtually.

4. **Friday, April 25, 2025,** the Parties must jointly prepare and file a proposed form of pretrial order. The proposed form of order must be signed by counsel for all Parties and must provide the following:
   a. Statement as to jurisdiction;
   b. Stipulation of facts in ascending order by date and citations to the record and/or exhibits;
   c. Stipulation of exhibits;
   d. Proposed findings of fact and conclusions of law;
   e. Designation of witnesses to be presented by deposition;
   f. A list of depositions to be used at trial for purposes other than potential impeachment with identification of specific pages and lines proposed to be published to the trier of facts;
   g. Pending motions that need to be addressed;
   h. A combined estimate of time (total time) needed for trial of each case;
   i. Certificate of conference along with signatures of all counsel;
   j. Copies of Exhibits must be attached to any Witness & Exhibit List and filed in compliance with General Order 2021-5 and filed with the Clerk of Court.
   k. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

5. **Tuesday, April 29, 2025, at 9:00 a. m. (Central Standard Time)** a Pre-Trial Conference will be held at the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom No. 8B, 515 Rusk Ave.

Houston Texas 77002. Attendance by all Parties is required, either in person (if not represented by counsel) or by an attorney who has authority to bind the Party. Each Party must have a representative present with full settlement authority.

6. **Friday, May 2, 2025** Supplemental Witness and Exhibit Lists, if any, must be exchanged. Copies of the exhibits must be attached to the Witness & Exhibit List and filed in compliance with General Order 2021-5. Additionally, the parties must supplement the joint pre-trial order to accommodate the supplemental witness and exhibit list.

7. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

8. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

9. An in person trial in this Miscellaneous Proceeding will commence on **May 9, 2025 at 9:00 a.m. (Central Standard Time) through May 22, 2025** in the United States Bankruptcy Court, Houston Division. The Court room will be designated at the Pre-Trial Conference.

10. Any subpoenas issued by the United States Trustee and Jackson Walker, LLP for the original trial date of April 21, 2025 through May 2, 2025 remain valid and are enforceable for the renewed trial date of May 9, 2025 through May 22, 2025.

11. Changes to this Scheduling Order may only be made by further order of the Court. A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or Parties and only in very limited circumstances.

SIGNED February 27, 2025

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge