United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** | § | |
| **Jackson Walker Law Firm** | § | |

**ORDER**
**SCHEDULING TRIAL AND DESIGNATING COURTROOM 8B**

1. The scheduled trial date of May 9, 2025, is CANCELLED.[1]

2. **An in-person trial** on the "United States Trustee's Motion For (1) Relief From Judgment Pursuant To Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving The Retention and Compensation Applications of Jackson Walker LLP (2) Sanctions, and (3) Related Relief" and the "United States Trustee's Amended and Supplemental Motion For (1) Relief From Judgment Pursuant To Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving The Retention and Compensation Applications of Jackson Walker LLP, (2) Sanctions, and (3) Related Relief" shall commence before Chief United States Bankruptcy Judge Eduardo V. Rodriguez, United States Bankruptcy Court, Bob Casey Federal Building, **COURTROOM NO. 8B**, 515 Rusk, Houston Texas, 77002 as follows:

    a. **Monday, May 12, 2025, commencing at 8:30 a.m. (Central Standard Time), through 12:00 p.m. (noon) on Friday, May 16, 2025.**

    b. **Monday, May 19, 2025 commencing at 8:30 a.m. (Central Standard Time), through Thursday, May 22, 2025.**

    c. **Tuesday, May 27, 2025 commencing at 1:30 p.m. (Central Standard Time), through 12:00 p.m. (noon) on Friday, May 30, 2025.**

3. **All parties and witnesses must appear in person**.

    a. Nevertheless, a party or witness may demonstrate that good cause and compelling circumstances exist and that appropriate safeguards have been established in order to avail themselves of Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, allowing electronic appearances.

    b. Any Notice filed under Bankruptcy Local Rule 9017-1 may be set for an evidentiary hearing regardless of any lack of objections.

---

[1] ECF No. 604.

    **c.** Notwithstanding Bankruptcy Local Rule 9017-1, any such Notice must be filed no later than **Monday, April 14, 2025,** failure of which the party or witness must appear in person.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. For any witness and exhibits, parties must utilize Form 1-100 Witness & Exhibit List which can be located on this Court's home page at https://www.txs.uscourts.gov/content/chief-united-states-bankruptcy-judgeeduardo-v-rodriguez

7. No later than **Monday, March 10, 2025**, the United States Trustee must serve a copy of this Order on Jackson Walker, LLP and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

    SIGNED March 5, 2025

    *[signature]*
    Eduardo V. Rodriguez
    Chief United States Bankruptcy Judge