United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

**ORDER**
*Resolving ECF No. 617*

Pending before the Court is a single matter self-styled as "Jackson Walker LLP's Emergency Motion Requesting Clarification of Case Management Order and Matters Referred to Miscellaneous Proceeding"[1] filed by Jackson Walker, LLP on March 18, 2025. Jackson Walker, LLP. poses two questions as follows:

a) "…[W]hether the issue of vacatur of both Jackson Walker's employment and fee orders are before Chief Judge Rodriguez in the Miscellaneous Proceeding or whether it is only the issue of vacatur of Jackson Walker's final fee orders that is before Chief Judge Rodriguez as the second and third *Case Management Orders* state;"[2] and

b) "[W]hether the judges presiding over the closed Affected Cases[3] intend for those cases to remain closed but nonetheless be included as part of the trial (whether on vacatur of only the final fee orders or also the employment orders) to be held before Chief Judge Rodriguez."[4]

The Court appreciates the inquiry and without the need of a hearing, the Court issues the instant order. It is therefore:

**ORDERED:** that

1. The trial in Professional Fee Matters Concerning the Jackson Walker Law Firm, ("*Miscellaneous Proceeding*") Case No. 23-645 scheduled to commence on May 12, 2025, before this Court will concern whether the final orders allowing compensation and reimbursement of expenses for Jackson Walker LLP should be vacated in each of the cases cited in the instant Miscellaneous Proceeding.[5] All other matters will remain with the respective presiding judges.

---

[1] ECF No. 617.
[2] ECF No. 617 at 6.
[3] The closed cases include: *In re Seadrill Member LLC*, Case No. 22-90002; *In re Exco Resources Inc.*, Case No. 18-30155; *In re Westmoreland Coal Company*, Case No. 18-35672; *In re Jones Energy Inc.,* Case No. 19-32112; *In re McDermott International Inc.*, Case No. 20-30336; *In re Volusion, LLC*, Case No. 20-50082; *In re Denbury Resources Inc*, Case No. 20-33801; *In re iQor Holdings Inc.*, Case No. 20-34500; *In re Covia Finance Company LLC*, Case No. 20-33302; and *In re TMW Merchants LLC*, Case No: 20-33916 .
[4] ECF No. 617 at 6.
[5] *See* ECF Nos. 398, 402,  429, 430, 465.

2. As for the Affected Closed Cases, the applicable Third Case Management orders provide that:

> Chief Judge Rodriguez has commenced and will preside over Miscellaneous Proceeding No. 23-00645, In re Professional Fee Matters Concerning the Jackson Walker Law Firm. All future documents and pleadings concerning discovery, [p]retrial matters and whether the Final Order Allowing Compensation and Reimbursement of Expenses for Jackson Walker LLP should be vacated regarding the Motion to Withdraw the Reference and the Motion for Relief from Final Judgment must be filed in Miscellaneous Proceeding 23-00645.[6]

Accordingly, the Affected Closed Cases remain closed but are nonetheless included as part of the trial.[7]

3. No later than **Tuesday, March 25, 2025**, Jackson Walker, LLP must serve a copy of this Order on The United States Trustee and all parties entitled to notice and file a certificate of service with the Clerk of Court.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED March 21, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[6] *See* ECF Nos. 429, 465.
[7] *Id.*