UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**Professional Fee Matters Concerning the Jackson Walker Law Firm** | Case No. 23-645 |

**UNITED STATES TRUSTEE'S NOTICE OF SUBPOENAS
TO FORMER JUDICIAL PERSONNEL**

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for the Southern District of Texas ("U.S. Trustee"), files this notice of subpoena to former judicial personnel to alert the Court that subpoenas were served on former judicial personnel that comply with the *Guide to Judiciary Policy*, vol. 20, §§ 810–50 (available at https://www.uscourts.gov/sites/default/files/vol20-ch08.pdf) ("Judiciary Policy").

| Witness | Subpoena Information |
|---|---|
| Albert Alonzo, former case manager to former bankruptcy judge David R. Jones ("Jones") | On February 14, 2025, the U.S. Trustee served a subpoena for Mr. Alonzo's testimony at trial. The subpoena is attached as **Exhibit 1**. |
| Elizabeth Miller, Jones's former judicial assistant | On March 12, 2025, the U.S. Trustee served a subpoena for Ms. Miller's testimony at trial. The subpoena is attached as **Exhibit 2**. |
| Elizabeth Freeman, Jones's former law clerk | On March 12, 2025, the U.S. Trustee served a subpoena for Ms. Freeman's testimony at trial. The subpoena is attached as **Exhibit 3**. |
| Veronica Polnick, Jones's former law clerk | On February 14, 2025, the U.S. Trustee served a subpoena for Ms. Polnick's testimony at trial. The subpoena is attached as **Exhibit 4**. |

| Witness | Subpoena Information |
|---|---|
| Matthew Cavenaugh, former law clerk to Bankruptcy Judges Wesley W. Steen and Marvin Isgur | On February 14, 2025, the U.S. Trustee served a subpoena for Mr. Cavenaugh's testimony at trial. The subpoena is attached as **Exhibit 5**. |
| Jennifer Wertz, former law clerk to Bankruptcy Judge H. Christopher Mott | On March 12, 2025, the U.S. Trustee served a subpoena for Ms. Wertz's testimony at trial. The subpoena is attached as **Exhibit 6**. |
| David R. Jones, former bankruptcy judge | On February 18, 2025, the U.S. Trustee served a subpoena for Mr. Jones's testimony at trial. The subpoena is attached as **Exhibit 7**.[1] |

Each of the subpoenas identified in the chart above included a copy of the Judiciary Policy, a list of testimony topics, and a "Written Statement Required by [the Judiciary Policy]."

[Signature Page Follows]

---

[1] On February 24, 2025, Mr. Jones's counsel also filed a *Notice of Request for Testimony of David R. Jones*. ECF No. 598.

Date: April 7, 2025                    Respectfully Submitted,

                                                   KEVIN M. EPSTEIN
                                                   UNITED STATES TRUSTEE
                                                   REGION 7, SOUTHERN AND WESTERN
                                                   DISTRICTS OF TEXAS

                                                   By: */s/ Alicia Barcomb*
                                                   MILLIE APONTE SALL
                                                   Assistant U.S. Trustee
                                                   Tex. Bar No. 01278050/Fed. ID No. 11271
                                                   VIANEY GARZA
                                                   Trial Attorney
                                                   Tex. Bar No. 24083057/Fed. ID No. 1812278
                                                   ALICIA BARCOMB
                                                   Trial Attorney
                                                   Tex. Bar No. 24106276/Fed ID No. 3456397
                                                   515 Rusk, Suite 3516
                                                   Houston, Texas 77002
                                                   (713) 718-4650 – Telephone
                                                   (713) 718-4670 – Fax
                                                   Email: millie.sall@usdoj.gov
                                                                          vianey.garza@usdj.gov
                                                                          alicia.barcomb@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served by electronic means for CM/ECF system users on April 7, 2025.

                                                  */s/ Alicia Barcomb*
                                                  Alicia Barcomb, Trial Attorney