IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> Professional Fee Matters Concerning § <br> the Jackson Walker Law Firm § <br> § <br> § <br> § | Case No. 23-00645 (EVR) |

### NOTICE OF REQUEST FOR TESTIMONY OF DAVID R. JONES

In accordance with the *Guide to Judiciary Policy*, Vol. 20, Ch. 8, and in view of the Court's Order at ECF No. 141, David R. Jones hereby notifies the Court, as the determining officer, of his receipt of Jackson Walker LLP's *Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding)*, attached as **Exhibit A** hereto.

David R. Jones believes his testimony is unnecessary and overly burdensome given the circumstances and the availability of Court-overseen deposition testimony.

*[Remainder of Page Intentionally Left Blank]*

- 2 -

Dated: April 9, 2025

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Joanna D. Caytas*
Joanna D. Caytas
SBN 24127230
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Email: joannacaytas@quinnemanuel.com

-and-

Benjamin I. Finestone (*pro hac vice*)
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Email: benjaminfinestone@quinnemanuel.com

*Counsel to David R. Jones*