United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER

On April 9, 2025, Chief United States District Judge Alia Moses issued her Memorandum Opinion and Order[1] (the "*Order*") adopting in part and rejecting in part this Courts's Report and Recommendation[2] withdrawing the reference in each of the 34 bankruptcy cases.[3] The Order further stated that "**All orders** entered in these cases thus far, including those concerning discovery, **STAND** unless and until this Court, or a court to which this Court later refers or reassigns a particular matter, orders otherwise". [4]

Pursuant to this Court's Amended Comprehensive Scheduling, Pre-Trial & Trial Order[5], Parties to this proceeding are currently scheduled to submit a joint pre-trial order by Friday April 25, 2026, and a final pre-trial conference is currently scheduled for Tuesday April 29, 2025. [6] Finally, an in person trial is scheduled to commence before this court on Monday May 12, 2025 in Houston, Texas.[7] Therefore, this Court deems it appropriate to issue the instant order. Accordingly, it is therefore

**ORDERED:** that

1. All deadlines contained within this Court's Amended Comprehensive Scheduling, Pre-Trial & Trial Order[8] are ABATED pending further orders of this Court.

2. The trial currently scheduled to commence on May 12, 2025 is CANCELLED.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SIGNED April 16, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 623.
[2] ECF No. 1.
[3] *See* ECF No. 623 Fn. 2.
[4] *See* ECF No. 623 at 7.
[5] ECF No. 604.
[6] See ECF No. 604 at 1-2, ¶ ¶ 4, 5.
[7] ECF No. 611.
[8] ECF No. 604.