United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-645 |
| **Professional Fee Matters Concerning the** § | |
| **Jackson Walker Law Firm** § | |

## ORDER

Paragraph No. 1 of this Court's Order on November 14, 2025, [ECF No. 628][1] is VACATED and replaced with the following:

1. Upon entry of this Order, and pending further orders of this Court, all pleadings, documents, exhibits, motions and any other matters pertaining to In re Professional Fee Matters Concerning the Jackson Walker Law Firm, Case No. 23-645 (the "*Miscellaneous Proceeding*") and related matters must be filed in District Court Case Number 4:23cv4787.

**SIGNED November 20, 2025**

_____
**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

---

[1] Upon entry of this Order, and pending further orders of this Court, all pleadings, documents, exhibits, motions and any other matters pertaining to In re Professional Fee Matters Concerning the Jackson Walker Law Firm, Case No. 23-645 (the "*Miscellaneous Proceeding*") and related matters must be filed in the United States Bankruptcy Court, Case No. 23-645.