**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-00645 (EVR) |
| Professional Fee Matters Concerning the | ) | |
| Jackson Walker Law Firm | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Leah M. Graham is withdrawn as counsel for Jackson Walker LLP, Respondent in the above-captioned case. Ms. Graham is no longer with the law firm of RUSTY HARDIN & ASSOCIATES, LLP and, as such, should be removed from the official mailing matrix and service list in this case.

PREVIOUS
Leah M. Graham
**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: lgraham@rustyhardin.com

CURRENT
Leah M. Graham
**SORRELS LAW**
230 Westcott Street, Suite 100
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
Email: leah@sorrelslaw.com

*Notice of Withdrawal of Counsel*                                    **Page 1**

Respectfully submitted,

  */s/ Russell Hardin, Jr.*

Russell Hardin, Jr.
  State Bar No. 08972800
  Federal I.D. No. 19424
Jennifer E. Brevorka
  State Bar No. 24082727
  Federal I.D. No. 1725400
Emily Smith
  State Bar No. 24083876
  Federal I.D. No. 1890677
**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile:  (713) 652-9800
Email: rhardin@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

**ATTORNEYS FOR JACKSON WALKER LLP**

## CERTIFICATE OF SERVICE

    This is to certify that on March 31, 2026, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

  */s/ Russell Hardin, Jr.*
  Russell Hardin, Jr.